

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2023

| | |
|---|---|
| | The conference is adjourned, and time is excluded, to August 23, 2023 at 10:00 am.<br><br>SO ORDERED<br><br>/s/ Alvin K. Hellerstein<br>U.S.D.J.<br>July 28, 2023 |

**BY ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

The Government writes to respectfully request an adjournment of the next pretrial conference in this case, which is currently scheduled for August 15, 2023 at 11:00 a.m. Both Government counsel are unavailable to appear on August 15th.

Both counsel for Javice and counsel for Amar have indicated that they are available, and would consent to, an adjournment of the conference to August 23, 2023 and to the exclusion of time under the Speedy Trial Act to that date.

We understand from our communications with chambers that the Court is available on September 20, 2023 at noon. The Government is available on August 23, 2023 or on September 20, 2023.

Counsel for Amar has informed the Government that Amar consents to an adjournment to September 20th and the exclusion of time until that date. Counsel for Javice has informed the Government that Javice does not consent to an adjournment to a date in September. We have inquired as to Javice's position on an exclusion of time if the Court were to adjourn the conference to a date in September but have not yet received a response.

The Government respectfully requests that the Court exclude time under the Speedy Trial Act until the next date set by the Court, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will allow

the defendants to continue to review the voluminous discovery produced by the Government and to determine what pretrial motions, if any, to file.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Dina McLeod*
Dina McLeod
Micah F. Fergenson
Assistant United States Attorneys
(212) 637-1040 / - 2190

cc: Counsel of record (by email and ECF)