# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

September 8, 2023

**BY EMAIL**

The Hon. Valerie F. Figueredo
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

*Application Granted*
/s/ Valerie Figueredo, U.S.M.J.
DATED: September 8, 2023

    Re:    United States v. Olivier Amar, S1 23 Cr. 251 (AKH)

Dear Judge Figueredo:

    We write on behalf of our client, Olivier Amar, to request a modification to his current bail conditions. Specifically, we request that the bail condition imposing a curfew be removed and that he continue to be subject to 24-hour location-monitoring. We have conferred with Pretrial Services and the Government, who have no objection to the requested modification.

    By way of background, Mr. Amar surrendered and was presented on Indictment S1 23 Cr. 251 on July 13, 2023. He was released on his own signature later that day. He has been subject to GPS location-monitoring as well as a curfew since his release. Pretrial Services confirms that he has been fully compliant with all conditions of his bond. As noted, if the Court grants the requested relief, Mr. Amar will continue to be subject to location monitoring.

    We appreciate the Court's consideration of this request. As always, the undersigned counsel are available to answer any questions the Court may have.

    Respectfully submitted,

    /s/ Sean S. Buckley
    Steven G. Kobre
    Sean S. Buckley

    KOBRE & KIM LLP

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC), **APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Judge Valerie F. Figueredo
September 8, 2023
Page 2

800 Third Avenue
New York, NY 10022
Telephone: (212) 380-1253
Facsimile: (212) 488-1220
Steven.Kobre@kobrekim.com
Sean.Buckley@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc:   AUSAs Dina McLeod and Micah Fergenson
      *Attorneys for the Government*