**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Alexandria E. Swette of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

    I hereby certify that I am admitted to practice before this court.

Dated:  September 21, 2023
        New York, New York

                                        By: */s/Alexandria E. Swette*
                                        Alexandria E. Swette
                                        KOBRE & KIM LLP
                                        800 Third Avenue
                                        New York, NY 10022
                                        Tel.: (212) 380-1200
                                        Fax: (212) 488-1220
                                        Alexandria.Swette@kobrekim.com

                                        *Counsel for Defendant Olivier Amar*