**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Ana L. Frischtak, an attorney with the law firm of Kobre & Kim LLP, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: October 12, 2023

By: */s/ Ana L. Frischtak*
Ana L. Frischtak
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel.: +55 11 4933 1602
Fax: (212) 488-1220
Ana.Frischtak@kobrekim.com

*Counsel for Defendant Olivier Amar*