UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 23-cr-00251-AKH<br><br>**NOTICE OF MOTION** |

     PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Compel Production of Rule 16 Discovery and *Brady*/*Giglio* Material, dated October 13, 2023, and the Declaration of Alex Spiro, dated October 13, 2023 (and the exhibits annexed thereto), Defendants Charlie Javice and Olivier Amar ("Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, at the United States Patrick D. Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 10007, on November 2, 2023 at 2:30 p.m., or at such other time that counsel may be heard, for an Order compelling the United States' compliance with basic principles of due process and its discovery obligations under Federal Rule of Criminal Procedure 16 and *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny and for such other and further relief the Court deems just and equitable.

     PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of September 26, 2023, the United States shall serve its response by October 27, 2023.

Dated: October 13, 2023                                  Respectfully submitted,

| **KOBRE & KIM LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
|---|---|

By: /s/ *Sean S. Buckley*                                By  /s/ *Alex Spiro*

    Sean S. Buckley                                 Alex Spiro
  Steven G. Kobre                                                Maaren A. Shah
  Alexandria E. Swette                                        Samuel Nitze
  Ana Frischtak                                                    JP Kernisan
  800 Third Ave                                                    51 Madison Avenue, 22nd Floor
  New York, New York 10022                           New York, New York 10038
  Telephone: (212) 488-1200                            Tel: 202-538-8122
  Facsimile: (212) 488-1220                              Fax: 202-538-8100
  Sean.Buckley@kobrekim.com                      alexspiro@quinnemanuel.com
  Steven.Kobre@kobrekim.com                     maarenshah@quinnemanuel.com
  Alexandria.Swette@kobrekim.com              samuelnitze@quinnemanuel.com
  Ana.Frischtak@kobrekim.com                     jpkernisan@quinnemanuel.com

  Sydney Sgambato Johnson (pro hac vice)      *Attorneys for Defendant Charlie Javice*
  KOBRE & KIM LLP
  1919 M Street, NW
  Washington, DC 20036
  Telephone: (202) 664-1900
  Facsimile: (202) 664-1920
  Sydney.Johnson@kobrekim.com

  *Counsel for Defendant Olivier Amar*