UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 23-cr-00251-AKH<br><br>**<u>DECLARATION OF ALEX SPIRO</u>** |

Alex Spiro, hereby declares pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 that:

1. I am a member in good standing of the Bar of the United States District Court for the Southern District of New York and a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Charlie Javice in the above-captioned action.

2. I submit this declaration in support of Defendants' Motion to Compel Production of Rule 16 Discovery and *Brady*/*Giglio* Material.

3. Attached hereto as Exhibit A is a true and correct copy of the Government's discovery letter regarding the text of various subpoenas, dated August 30, 2023.

4. Attached hereto as Exhibit B is a true and correct copy of Bates-numbered document USAO_00029207, email correspondence by and between James G. McGovern, Dina McLeod, et al, dated April 24, 2023, through May 11, 2023.

5. Attached hereto as Exhibit C is a true and correct copy of Bates-numbered document USAO_00029389, email correspondence from Elizabeth Cochrane to Dina McLeod, et al, dated June 27, 2023.

6.  Attached hereto as Exhibit D is a true and correct copy of Bates-numbered document JPMC_00089664, titled Transaction Overview Template.

7.  Attached hereto as Exhibit E is a true and correct copy of Deferred Prosecution Agreement, *United States v. JPMorgan Chase & Co*, 3:20-cr-00175-RNC (D. Conn. Sept. 29, 2020).

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 13th day of October, 2023.

/s/ *Alex Spiro*
Alex Spiro