**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE AND OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH |

**DECLARATION OF ALLISON M. WUERTZ IN SUPPORT OF THE MOTION TO QUASH DEFENDANTS' RULE 17(C) SUBPOENAS**

I, **ALLISON M. WUERTZ**, hereby declare as follows:

1. I am a member of the law firm of Hogan Lovells US LLP, attorneys for Non-Party JPMorgan Chase Bank, N.A. ("JPMC"). I make this declaration in support of Non-Party JPMC's Motion to Quash Defendants' Rule 17(c) Subpoenas, dated December, 1, 2023 (the "Motion to Quash").

2. I submit this declaration to place before the Court true and correct copies of the following documents cited in JPMC's Memorandum of Law in support of the Motion to Quash:

| | |
|---|---|
| Exhibit A | Transcript of November 2, 2023 Status Conference |
| Exhibit B | Subpoena issued to JPMC by Defendant Charlie Javice pursuant to Fed. R. Crim. P. 17(c), dated November 9, 2023 |
| Exhibit C | Subpoena issued to JPMC by Defendant Olivier Amar pursuant to Fed. R. Crim. P. 17(c), dated November 9, 2023 |

| | |
|---|---|
| Exhibit D | Defendant Charlie Javice's First Set of Requests to JPMC for Production of Documents in *JPMorgan Chase Bank, N.A. v. Charlie Javice et al*., No. 1:22-cv-01621-JDW (D. Del), dated August 8, 2023 |

I swear under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 1, 2023

Allison M. Wuertz