UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :    **SCHEDULING ORDER**
         -against-                                             :
                                                               :    23 Cr. 251 (AKH)
CHARLIE JAVICE and OLIVIER AMAR,                               :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for January 17, 2024 at 11 a.m. is adjourned until January 17, 2024 at 2:30 p.m. Time is excluded until January 17, 2024 at 2:30 p.m. in the interest of justice. 18 U.S.C. § 3161(h)(7).

       SO ORDERED.

Dated:   January 11, 2024                                    /S/ Alvin K. Hellerstein
         New York, New York                                  ALVIN K. HELLERSTEIN
                                                             United States District Judge

1