UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE AND OLIVER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case on behalf of non-party JPMorgan Chase Bank, N.A.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: February 5, 2024          Respectfully submitted,
       New York, New York


                                 By: _/s/ Sidney Bashago_
                                     Sidney Bashago

                                 DAVIS POLK & WARDWELL LLP
                                 450 Lexington Avenue
                                 New York, New York 10017
                                 (212) 450-4000
                                 sidney.bashago@davispolk.com

                                 *Attorney for Non-Party JPMorgan Chase Bank, N.A.*