UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE AND OLIVIER AMAR,

Defendants.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
February 12, 2024

Case No. 1:23-cr-00251-AKH

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Allison M. Wuertz of Hogan Lovells US LLP respectfully moves this Court for an order granting leave to withdraw as counsel of record for non-party JPMorgan Chase Bank, N.A. in the above-captioned case.

Dated: February 8, 2024
New York, New York

HOGAN LOVELLS US LLP

By: */s/   Allison M. Wuertz*
   Allison M. Wuertz
   HOGAN LOVELLS US LLP
   390 Madison Avenue
   New York, NY 10017
   (212) 918-3000

   *Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE AND OLIVIER AMAR,

Defendants.

Case No. 1:23-cr-00251-AKH

---

ALLISON M. WUERTZ hereby declares:

1. I am a partner at Hogan Lovells US LLP. I am admitted to practice in this Court, and I respectfully submit this declaration in support of my Motion to Withdraw as Counsel for JPMorgan Chase Bank, N.A. ("JPMC").

2. Local Civil Rule 1.4 provides that:

An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement . . . .

3. I am moving to withdraw as counsel of record because, effective February 6, 2024, JPMC is and will continue to be represented by Greg D. Andres, Sidney Bashago, Katherine Swan, and Michelle Adler of Davis Polk & Wardwell LLP.

4. My withdrawal as counsel of record will not unduly prejudice JPMC or cause any delay in these proceedings, as Mr. Andres, Ms. Bashago, Ms. Swan, and Ms. Adler will continue to represent JPMC.

5. I am not asserting a retaining or charging lien.

2

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2024
New York, New York

**HOGAN LOVELLS US LLP**

By: */s/ Allison M. Wuertz*
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*