UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| v. | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| CHARLIE JAVICE,<br>  Defendant. | 23 Cr. 251 (AKH) |

TO:   Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247