UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :   **SCHEDULING ORDER**
        -against-                                            :
                                                             :   23 Cr. 251 (AKH)
CHARLIE JAVICE and OLIVIER AMAR,                             :
                                                             :
                        Defendants.                          :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The oral argument on the pending motions, scheduled for May 30, 2024, is adjourned until May 31, 2024 at 10:30 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:    May 28, 2024                         /S/ Alvin K. Hellerstein
          New York, New York                   ALVIN K. HELLERSTEIN
                                               United States District Judge

1