# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

November 27, 2024

*So ordered, on the conditions of two-persons per month check-in.*

*12-3-24*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:**   ***United States v. Olivier Amar,***
            **S1 23 Cr. 251 (AKH)**

Dear Judge Hellerstein:

     On behalf of our client, Olivier Amar, we respectfully write to request that the Court modify Mr. Amar's conditions of pretrial release to remove the ankle bracelet and corresponding location monitoring requirements. Pretrial Services and the Government have no objection to this request, with the condition that Mr. Amar have no less than two in-person check-ins with his Pretrial Services officer per month. We agree to this condition.

     Mr. Amar surrendered and was presented on Indictment S1 23 Cr. 251 on July 13, 2023, and was released on his own signature later that day subject to satisfying additional bail conditions. Since his release, Mr. Amar has been fully compliant with all conditions of his bond. As the Court is aware, Mr. Amar's trial will commence after the holidays, and he will be in court daily starting in February. We therefore respectfully submit that location monitoring no longer is appropriate or necessary.

     We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Respectfully submitted,

/s/ Sean S. Buckley
Sean S. Buckley
Alexandria E. Swette
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 380-1253
Facsimile: (212) 488-1220
Sean.Buckley@kobrekim.com
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc:    AUSAs Dina McLeod, Nicholas Chiuchiolo, Rushmi Bhaskaran,
       Georgia Kostopoulos
       *Attorneys for the Government*

       Officers Ashley Cosme and Mallori Brady
       *Pretrial Services*