**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

Case No. 1:23-CR-251 (AKH)

~~[PROPOSED]~~ ORDER OF
ADMISSION *PRO HAC VICE* OF
EÓIN P. BEIRNE

The motion for the admission of **Eóin P. Beirne**, Esq., to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the State Bar of Massachusetts, and that his contact information is as follows:

Applicant's Name: Eóin P. Beirne
Firm Name: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
Address: One Financial Center, Boston, MA 02111
Telephone: 617-542-6000
Email: epbeirne@mintz.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Charlie Javice in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: January 6, 2025

_____
United States District Judge