UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-00251-AKH |
| v. | **DEFENDANT OLIVIER AMAR'S NOTICE OF MOTION TO SUPPRESS GOOGLE DRIVE MATERIALS** |
| CHARLIE JAVICE and OLIVIER AMAR, | |
| Defendants. | |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated January 27, 2025, Defendant Oliver Amar, by and through his undersigned counsel, hereby moves this Court before the Honorable Alvin K. Hellerstein, at the United States Patrick D. Moynihan U.S. Courthouse, 500 Pearl St., New York, New York, for an Order to suppress materials obtained from Mr. Amar's Google Drive in violation of Mr. Amar's Fourth Amendment rights.

Dated: January 27, 2025

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Sean S. Buckley*
Sean S. Buckley
Jonathan D. Cogan
Alexandria E. Swette
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com
Jonathan.Cogan@kobrekim.com
Alexandria.Swette@kobrekim.com

Erika L. Berman (pro hac vice forthcoming)
1919 M Street, NW
Washington, DC 20036
Tel: (202) 664-1900
Erika.Berman@kobrekim.com

*Counsel for Defendant Olivier Amar*