UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No.: 1:23-cr-00251-AKH<br><br>**DEFENDANT OLIVIER AMAR'S NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated January 27, 2025, and supporting exhibits, that Defendant Oliver Amar, by and through his undersigned counsel, hereby moves this Court, before the Honorable Alvin K. Hellerstein, at the United States Patrick D. Moynihan U.S. Courthouse, 500 Pearl St., New York, New York, on a date and time to be determined by the Court for an Order for compelling the Government's compliance with basic principles of due process, its discovery obligations under Federal Rule of Criminal Procedure 16, as well as its disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny, and for relief narrowly crafted to remedy its failure to so comply.

| | |
|---|---|
| Dated:  January 27, 2025 | Respectfully submitted,<br><br>**KOBRE & KIM LLP**<br><br>*/s/ Alexandria E. Swette*<br>Alexandria E. Swette<br>Sean S. Buckley<br>Jonathan D. Cogan<br>Steven G. Kobre<br>Daisy Joo<br>800 Third Ave<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Alexandria.Swette@kobrekim.com<br>Sean.Buckley@kobrekim.com<br>Jonathan.Cogan@kobrekim.com<br>Steven.Kobre@kobrekim.com<br>Daisy.Joo@kobrekim.com<br><br>Erika L. Berman (pro hac vice forthcoming)<br>1919 M Street, NW<br>Washington, DC 20036<br>Tel: (202) 664-1900<br>Erika.Berman@kobrekim.com<br><br>*Counsel for Defendant Olivier Amar* |