# EXHIBIT A

The following are transcribed portions of the referenced materials from the Government's December 17, 2024, production made pursuant to 18 U.S.C. § 3500. Full and complete copies will be made available to the Court upon request.

1. ▮▮▮▮▮ 31 Oct. 2022 Meeting (3545-001)

    a. ▮▮▮▮▮ *See* 3545-001 at 1.

2. JPMC, 14 Nov. 2022 Meeting (3510-001)

    a. ▮▮▮▮▮ *See* 3510-001 at 5.

    b. ▮▮▮▮▮ *See* 3510-001 at 7.

    c. ▮▮▮▮▮ *See* 3510-001 at 11.

3. JPMC, 19 Dec. 2022 Meeting (3510-002)

    a. ▮▮▮▮▮ *See* 3510-002 at 1.

4. JPMC, 28 Feb. 2023 Meeting (3510-003)

    a. ▮▮▮▮▮ *See* 3510-003 at 1.

    b. ▮▮▮▮▮ *See* 3510-003 at 1.

5. JPMC, 21 Mar. 2023 Meeting (3510-005)

    a. ▮▮▮▮▮ *See* 3510-005 at 1.

6. JPMC, 12 Apr. 2023 Meeting (3510-007)

a. ███████████████████████████████ *See* 3510-007 at 2.

b. ███████████████████████████████ *See* 3510-007 at 2.

c. ███████████ *See* 3510-007 at 3.

7. JPMC, 09 May 2023 Meeting (3510-010)

   a. ███████████████████████████████ *See* 3510-010 at 1.

8. JPMC, 15 May 2023 Meeting (3510-014)

   a. ███████████████████████████████ *See* 3510-014 at 1.

9. JPMC, 14 Sep. 2023 Meeting (3510-016)

   a. ███████████████ *See* 3510-016 at 1.

10. JPMC, 12 Jul. 2024 Meeting (3510-017)

    a. ███████████ *See* 3510-017 at 1.

    b. ███████████████ *See* 3510-017 at 1.

    c. ███████████████████████████████ *See* 3510-017 at 1.

    d. ███████████████ *See* 3510-017 at 1.

    e. ███████████████ *See* 3510-017 at 1.

11. JPMC, 16 Jul. 2024 Meeting (3510-018)

   a. ███████████████████████████████████████
      ███████████████████████████████████████
      ███████ *See* 3510-018 at 1.

12. JPMC, 22 Jul. 2024 Meeting (3510-019)

   a. ███████████████████████████████████████
      ███████████████████████████████████████
      ███ *See* 3510-019 at 1.

13. JPMC, 05 Aug. 2024 Meeting (3510-020)

   a. ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
      ██ *See* 3510-020 at 1.

14. JPMC, 21 Aug. 2024 Meeting (3510-021)

   a. ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████████████████ *See* 3510-021 at 1.

15. JPMC, 27 Aug. 2024 Meeting (3510-022)

   a. ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████ *See* 3510-022 at 1.

   b. ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████ *See* 3510-022 at 1.

   c. ███████████████████████████████████████
      *See* 3510-022 at 2.

4

16. <u>JPMC, 06 Sep. 2024 Meeting (3510-023)</u>

    a. ███████████████████████████████████████████████████████████████ *See* 3510-023 at 1.

    b. ███████████████████████████████████████████████████████████████
       *See* 3510-023 at 1.

    c. ███████████████████████████████████████████████████████████████ *See* 3510-023 at 1.

17. ███████ <u>09 Sep. 2024 Interview (3549-001)</u>

    a. ███████████████████████████████████████████████████████████████ *See* 3549-001 at 1.

18. ███████ <u>28 Oct. 2024 Interview (3550-001)</u>

    a. ███████████████████████████████████████████████████████████████
       *See* 3550-001 at 1.

19. ███████ <u>13 June 2024 Interview (3507-006)</u>

    a. ███████████████████████████████████████████████████████████████
       *See* 3507-006 at 2.

20. ███████ <u>24 Jan. 2023 Interview (3531-001)</u>

    a. ███████████████████████████████████████████████████████████████ *See* 3531-001 at 2.

    b. ███████████████████████████████████████████████████████████████ *See* 3531-001 at 2.

    c. ███████████████████████████████████████████████████████████████ *See* 3531-001 at 2-3.

21. ███████ <u>03 May 2023 Interview (3535-002)</u>

    a. ███████████████████████████████████████████████████████████████

5

███████████████████████████████████ *See* 3535-002 at 1.

22. <u>Olivier Amar, 05 May 2023 Meeting (3501-002)</u>

    a. ███████████████████████████████████ *See* 3501-002 at 1.

    b. ███████████████████████████████████ *See* 3501-002 at 1.

    c. ███████████████████████████████████ *See* 3501-002 at 2-3.