```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :   ORDER REGULATING VOIR
          -against-                                          :   DIRE
                                                             :
CHARLIE JAVICE and OLIVIER AMAR,                             :   23 Cr. 251 (AKH)
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court proposes to follow the following protocol for jury selection, subject to comments by counsel, and orders counsel to meet and confer, and advise the Court on any changes at the February 4, 2025 conference.

Voir dire will take place over the course of two days, February 18 and February 19, 2025. February 18 will be focused on whether the jurors are able to sit for the length of the trial. Each juror will be questioned separately and asked if there are extraordinary circumstances which prevent them from sitting for four to six weeks. I will introduce them to the question by presenting a brief summary of the facts of the case:

> You are here to be considered for a jury in a criminal case, United States v. Charlie Javice and Olivier Amar. The government alleges that defendants violated the bank, securities, and wire fraud laws of the United States in connection with the sale of a company to JPMorgan Chase and another bank. Defendants deny that they violated these laws and are presumed to be innocent. The government has the burden to prove the allegations against the defendants beyond a reasonable doubt. The jury's verdict will determine if the government has satisfied its burden.
> Counsel estimate that the trial should last four to six weeks, but I will do my best to make it shorter, consistent with fairness to all parties. Generally, we will hear evidence Mondays through Thursdays, 10 a.m. to 5 p.m., with breaks for lunch and coffee. As needed, we will also sit on Fridays.
> Are there any extraordinary circumstances that prevent you from performing your civic duty to sit as a juror?

1

If not excused, jurors will be released for the day and told to return the following day, February 19, at 10:00 a.m., to the courtroom designated for the trial, not the jury room.

On February 19, the jurors who can sit will be subject to voir dire. There will be a jury of twelve and four alternate jurors. An array of thirty-six jurors will be seated, each to be replaced if and as they are excused from serving. To the first twenty-eight jurors of the array, defendants will have ten peremptory challenges, and the government, six, to select a jury of twelve. For the next four jurors to sit as alternates, the defendants will have two peremptories and the government will have two peremptories, to choose four alternates. The Cour expects that a full jury will be sworn in by the end of the day. Opening statements will begin the following day, February 20 at 10:00 a.m.

SO ORDERED.

Dated:    January 28, 2025
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge