# EXHIBIT A



**From:** Chiuchiolo, Nicholas (USANYS) <Nicholas.Chiuchiolo@usdoj.gov>
**Sent:** Monday, December 30, 2024 4:44 PM
**To:** Erika Berman <Erika.Berman@kobrekim.com>; Bhaskaran, Rushmi (USANYS) <Rushmi.Bhaskaran@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>; Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Siegal, David <dmsiegal@mintz.com>; Beirne, Eoin <epbeirne@mintz.com>; Jose Baez <jose@baezlawfirm.com>; Allison R. Rapetti (allison@baezlawfirm.com) <allison@baezlawfirm.com>; Erica Perdomo <ericaperdomo@quinnemanuel.com>; Sara Clark <saraclark@quinnemanuel.com>; rsullivan@ronaldsullivanlaw.com; Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Subject:** [EXTERNAL] RE: US v. Javice/Amar

Hi Erika,

Thanks for your email. We agree that it makes sense to work through these issues as they arise. Responses to your questions are below, and please let us know if helpful to discuss.

1. The Government does not currently know the identities of ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ we may call as witnesses at trial. We will supplement our disclosures once we have this information. As a courtesy, we can provide the following information. The Government expects to call a witness ▓▓▓▓▓ to testify about the differences between various datasets prepared by the defendants or at their

behest.  Absent a stipulation, the Government expects to call a witness ███████ ████████████████████████████ that the Government intends to offer at trial.  The Government may call a witness ████████████ to testify regarding representations about Frank's FAFSA users, made by the defendants and/or Frank's representatives, to ████████████.

2. We have assembled the documents that are referenced in the witness notes and will produce them via USAfx for you convenience.  It appears most of the confusion is due to typos in the witness notes.

3. We have provided all the notes of witness interviews that are in the Government's possession, which includes notes, if any, taken by agents with the FDIC.  The Government does not have possession, custody, or control over notes, if any, taken by the SEC during the course of its own, separate investigation.  However, the SEC has informed the Government that SEC staff did not take notes during jointly-conducted interviews.

4. The redacted materials are not subject to disclosure.

5. We will attempt to fix resolution issues.  Please let us know if you identify additional issues like this.

Thanks very much, and a happy and healthy to everyone.

Nick

**From:** Erika Berman <Erika.Berman@kobrekim.com>
**Sent:** Monday, December 23, 2024 6:11 PM
**To:** Bhaskaran, Rushmi (USANYS) <RBhaskaran@usa.doj.gov>; Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>; Chiuchiolo, Nicholas (USANYS) <NChiuchiolo@usa.doj.gov>; Kostopoulos, Georgia (USANYS) <GKostopoulos@usa.doj.gov>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Siegal, David <dmsiegal@mintz.com>; Beirne, Eoin <epbeirne@mintz.com>; Jose Baez <jose@baezlawfirm.com>; Allison R. Rapetti (allison@baezlawfirm.com) <allison@baezlawfirm.com>; Erica Perdomo <ericaperdomo@quinnemanuel.com>; Sara Clark <saraclark@quinnemanuel.com>; rsullivan@ronaldsullivanlaw.com; Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Subject:** [EXTERNAL] US v. Javice/Amar

All,

Based upon our initial review your December 16 disclosures, we have the following questions.  As we continue to review, we may have additional questions, but in the interest of time and

efficiency, we thought it prudent to raise these now.

- On your witness list, you have indicated that you expect to call: ███████████████████████████████████████████████████████████████████████████████ Please provide the identities and titles/positions of those witnesses and the topics on which you anticipate they may testify.

- We are unable to locate several documents shown to witnesses as memorialized in the notes of the witness interviews. Please provide the Government Exhibit, USAO_Rel bates numbers, control numbers, or copies of the below:
    - Interview(s) of █████████
        - JPMC_14041
        - JPMC_12498
        - JPMC_78183
        - JPMC_305143
    - Interview(s) of █████████
        - JPMC_000000292
        - JPMC_000000371
        - JPMC_000000379
        - JPMC_000000391
    - Interview(s) of █████████
        - IRFR_00001201
        - JPMC_0019021
        - JPMC_000494044
        - FRANK1SDNY0006352
        - JPMC_0055094
        - MG_DOJ00001
        - 000147368
        - 119654
    - Interview(s) of █████████
        - CAP FRANK 2495
        - CAP_FRANK_00002561
        - CAP_FRANK_00003874
    - Interview(s) of █████████:
        - JPMC_97488
        - Document 46 - Reach out Summary to Date (No bates provided)
    - Interview(s) of █████████
        - JPMC_0025782
        - JPMC_50674

- Representatives from the SEC and FDIC attended several witness interviews. We do not see any notes, communications, or memoranda from these agencies in the Government's disclosures. Please direct us to those materials in your disclosures or, if

they have not been produced, please promptly provide them.

- A number of documents in the 3500 contain redactions, including 3501-001, 3501-002, 3501-003, 3501-004, 3502-01, 3506-001, 3506-002, 3507-004, 3510-005, 3510-010, 3510-011, 3510-014, 3510-015, 3510-016, 3510-017, 3510-018, 3510-019, 3510-020, 3510-022, 3510-024, 3510-025, 3511-005, 3511-006, 3511-008, 3523-002, 3523-005, 3525-001, 3525-002, 3525-004, 3525-007, 3531-002, 3535-001, 3535-00, 3535-003, 3540-001, 3544-001, 3545-001, 3545-003, 3546-001.  Please provide the basis for these redactions.

- Several exhibits are too low resolution to view or have errors in the screen shots, including GX 404-409.

Regards,
Erika



Erika Berman
+1 202 664 1965



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.