**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23-cr-00251-AKH |
| CHARLIE JAVICE, and OLIVIER AMAR, | **NOTICE OF APPEARANCE** |
| Defendants. | |

---

PLEASE TAKE NOTICE that Daisy Joo of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this court.

Dated: February 17, 2025
   New York, New York

By: *Daisy Joo*
Daisy Joo
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel.: (347) 705-7773
Fax: (212) 488-1220
Email: Daisy.Joo@kobrekim.com

*Counsel for Defendant Olivier Amar*