UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF JAKE RUSH** |

PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jake Rush, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Olivier Amar in the above-captioned action.

I am in good standing with the Bars of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Civil Rules 1.3 and 1.9.

2

|  |  |
|---|---|
| Dated: February 27, 2025<br>Washington, D.C. | Respectfully submitted,<br>**KOBRE & KIM LLP**<br><br>*/s/Jake Rush*<br>Jake Rush<br>Kobre & Kim LLP<br>1919 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 664-1909<br>Email: Jake.Rush@kobrekim.com<br><br>*Counsel for Olivier Amar* |

2