# EXHIBIT 1

# Draft Exhibit 1: Emails with LionTree : January 1, 2021 – August 8, 2021

