# EXHIBIT 1

# Draft Exhibit 1: Emails with LionTree : January 1, 2021 – August 8, 2021



# EXHIBIT 2

# Draft Exhibit 2: Emails with Capital One: May 13, 2021 – July 14, 2021



3

# EXHIBIT 3

# Draft Exhibit 3: Emails with JP Morgan Chase: March 24, 2021 – August 8, 2021



# EXHIBIT 4

# Draft Exhibit 4: Mr. Amar's Emails with LionTree Before and After July 14, 2021



# EXHIBIT 5

Case 1:23-cr-00251-AKH    Document 352-1    Filed 03/23/25    Page 10 of 17

| | |
|---|---|
| From: | Koskovolis, Luke [LKoskovolis@liontree.com] |
| Sent: | 7/12/2021 4:05:55 PM |
| To: | 'Charlie Javice' [charlie@withfrank.org]; Olivier Amar [olivier@withfrank.org]; 'Mason Young' [mason.young@capitalone.com]; Mouadeb, Daniel [Daniel.Mouadeb@capitalone.com]; Mindy Ferguson [mindy.ferguson@capitalone.com]; LT-ProjectFrontier@liontree.com |
| Subject: | Project Frontier Catchup |
| Location: | https://liontree.zoom.us/j/92628168448 |
| Start: | 7/12/2021 7:30:00 PM |
| End: | 7/12/2021 8:00:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |

Join Zoom Meeting
**Error! Hyperlink reference not valid.**

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.    JPMC_00079464
CONFIDENTIAL    USAO_Rel_000100212

| | |
|---|---|
| **From:** | Cowan, Houston [HCowan@liontree.com] |
| **Sent:** | 7/6/2021 12:47:09 PM |
| **To:** | LT-ProjectFrontier@liontree.com; Mason Young [mason.young@capitalone.com]; Charlie Javice [charlie@withfrank.org]; Michael, Alex [AMichael@liontree.com]; olivier@withfrank.org; Matt Glazer [matt@withfrank.org]; Kay Solanki [kay.solanki@capitalone.com]; Agarwal, Nikhil [nagarwal@liontree.com]; Koskovolis, Luke [LKoskovolis@liontree.com]; murray.abrams@capitalone.com; john.durrant@capitalone.com; daniel.mouadeb@capitalone.com; Braun, Ben [bbraun@liontree.com] |
| **Subject:** | Project Frontier Dinner with Capital One [HOLD] |
| **Location:** | Avra Madison (14E 60th Street) |
| | |
| **Start:** | 7/6/2021 10:00:00 PM |
| **End:** | 7/7/2021 |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00078954
USAO_Rel_000947909

# EXHIBIT 6

| | |
|---|---|
| From: | Koskovolis, Luke [LKoskovolis@liontree.com] |
| Sent: | 7/12/2021 4:05:55 PM |
| To: | 'Charlie Javice' [charlie@withfrank.org]; Olivier Amar [olivier@withfrank.org]; 'Mason Young' [mason.young@capitalone.com]; Mouadeb, Daniel [Daniel.Mouadeb@capitalone.com]; Mindy Ferguson [mindy.ferguson@capitalone.com]; LT-ProjectFrontier@liontree.com |
| Subject: | Project Frontier Catchup |
| Location: | https://liontree.zoom.us/j/92628168448 |
| Start: | 7/12/2021 7:30:00 PM |
| End: | 7/12/2021 8:00:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |

Join Zoom Meeting
**Error! Hyperlink reference not valid.**

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.

| | |
|---|---|
| **From:** | Cowan, Houston [HCowan@liontree.com] |
| **Sent:** | 7/6/2021 12:47:09 PM |
| **To:** | LT-ProjectFrontier@liontree.com; Mason Young [mason.young@capitalone.com]; Charlie Javice [charlie@withfrank.org]; Michael, Alex [AMichael@liontree.com]; olivier@withfrank.org; Matt Glazer [matt@withfrank.org]; Kay Solanki [kay.solanki@capitalone.com]; Agarwal, Nikhil [nagarwal@liontree.com]; Koskovolis, Luke [LKoskovolis@liontree.com]; murray.abrams@capitalone.com; john.durrant@capitalone.com; daniel.mouadeb@capitalone.com; Braun, Ben [bbraun@liontree.com] |
| **Subject:** | Project Frontier Dinner with Capital One [HOLD] |
| **Location:** | Avra Madison (14E 60th Street) |
| | |
| **Start:** | 7/6/2021 10:00:00 PM |
| **End:** | 7/7/2021 |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

| | |
|---|---|
| From: | Michael, Alex [AMichael@liontree.com] |
| Sent: | 6/1/2021 2:55:33 PM |
| To: | Cowan, Houston [HCowan@liontree.com]; Koskovolis, Luke [LKoskovolis@liontree.com]; 'charlie@withfrank.org' [charlie@withfrank.org]; 'olivier@withfrank.org' [olivier@withfrank.org]; matt@withfrank.org |
| Subject: | Canceled: Weekly Call: Project Frontier |
| Location: | https://liontree.zoom.us/j/99497187353 \| Passcode: 039866 |
| Start: | 6/1/2021 3:10:00 PM |
| End: | 6/1/2021 3:30:00 PM |
| Show Time As: | Free |
| Importance: | High |
| Recurrence: | (none) |

Alex Michael is inviting you to a scheduled Zoom meeting.

Topic: Weekly Call: Project Frontier
Time: Mar 30, 2021 11:00 AM Eastern Time (US and Canada)
        Every week on Tue, until Mar 8, 2022, 50 occurrence(s)
Please download and import the following iCalendar (.ics) files to your calendar system.
Weekly: **Error! Hyperlink reference not valid.**

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.

| | |
|---|---|
| From: | Cowan, Houston [HCowan@liontree.com] |
| Sent: | 7/7/2021 10:31:33 PM |
| To: | Charlie Javice [charlie@withfrank.org]; Matt Glazer [matt@withfrank.org]; olivier@withfrank.org; LT-ProjectFrontier@liontree.com |
| Subject: | Frank Capital One Pages |
| Location: | https://liontree.zoom.us/j/99875530937 |
| Start: | 7/7/2021 10:30:00 PM |
| End: | 7/7/2021 11:00:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |

--
Join Zoom Meeting
**Error! Hyperlink reference not valid.**

| | |
|---|---|
| **From:** | Cowan, Houston [HCowan@liontree.com] |
| **Sent:** | 5/12/2021 2:27:34 PM |
| **To:** | LT-ProjectFrontier@liontree.com; Charlie Javice [charlie@withfrank.org]; Matt Glazer [matt@withfrank.org]; olivier@withfrank.org; gmarino@kaplan.edu; krajnish@kaplan.edu; jdervin@kaplan.edu; kristen.vedder@kaplan.edu; mseelye@kaplan.com; thomas.horton@kaplan.com |
| **CC:** | Koskovolis, Luke [LKoskovolis@liontree.com] |
| **Subject:** | Project Frontier Product Discussion / Demo with Kaplan |
| **Location:** | https://liontree.zoom.us/j/93585656833 |
| | |
| **Start:** | 5/13/2021 1:30:00 PM |
| **End:** | 5/13/2021 3:00:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

Houston Cowan is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
**Error! Hyperlink reference not valid.**

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00205751
USAO_Rel_000226499