UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                          :

UNITED STATES OF AMERICA,            :

                                          :      **<u>ORDER REGULATING</u>**

  -against-                :      **<u>CONTACT WITH JURORS</u>**

                                          :

CHARLIE JAVICE and OLIVIER AMAR,   :      23 Cr. 251 (AKH)

                                          :

                        Defendant.    :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 28, 2025, the jury reached verdicts of guilty against each Defendant for each of four counts charged in this case.  Since that time, several jurors have expressed concerns and discomfort from efforts by defense attorneys to contact them and inquire about jury deliberations.  One juror's concerns caused the juror to contact the U.S. Marshal Service.

       Although post-trial communications and contact with jurors are permissible after the jury has been discharged, the New York Rules of Professional Conduct provide that such conduct is impermissible if: "(i) the communication is prohibited by law or court order; (ii) the juror has made known to the lawyer a desire not to communicate; (iii) the communication involves misrepresentation, coercion, duress or harassment; or (iv) the communication is an attempt to influence the juror's actions in future jury service." 22 N.Y.C.R.R. § 1200.0 Rule 3.5(a)(5).

       Attorneys should ensure that they and any person they might engage do not violate these rules.

       SO ORDERED.

Dated:     April   7 , 2025
            New York, New York

                                  ALVIN K. HELLERSTEIN
                                United States District Judge