# EXHIBIT A

## PART 1 OF 2

# *United States v. Charlie Javice and Olivier Amar*

# *United States v. Charlie Javice and Olivier Amar*

**1**  **What the Evidence Has Shown**

**2**  **Ten Reasons You Know the Defendants Are Guilty**

**3**  **The Charges and the Law**

2

## *United States v. Charlie Javice and Olivier Amar*

**1**  **What the Evidence Has Shown**

**2**  **Ten Reasons You Know the Defendants Are Guilty**

**3**  **The Charges and the Law**

# *United States v. Charlie Javice and Olivier Amar*

**1**   **What the Evidence Has Shown**

**2**   **Ten Reasons You Know the Defendants Are Guilty**

**3**   **The Charges and the Law**

4

# The Charges Against the Defendants

| Count | Charge |
|:---:|:---|
| 1 | **Conspiracy to Commit Wire and Bank Fraud** |
| 2 | **Wire Fraud** |
| 3 | **Bank Fraud** |
| 4 | **Securities Fraud** |

# Ten Reasons You Know the Defendants Are Guilty

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

# The Defendants Told Lies Together During Diligence



**Leslie Wims Morris**

**Q.** How did she define "user"?

**A.** "User" was defined as someone who signed up for her service, so someone who signed up and entered their first name, last name, telephone number, and e-mail address.

Trial Tr. 570:6-9

9

# The Defendants Told Lies Together During Diligence

**Alex Sweeney**

**A.** <mark>She consistently represented that Frank had 4.25 million customers that it signed up for the product.</mark>

**Q.** And did she define the customer user?

**A.** Yes.

**Q.** How did Ms. Javice define that?

**A.** <mark>She defined a customer as a person that</mark> came to the Frank, <mark>provided their first name, last name, email address, and phone number</mark>, and accepted the terms of the Frank service, and signed up for an account.

Trial Tr. 1450:10-18

10

# The Defendants Told Lies Together During Diligence



**Mason Young**

**Q.** What did you understand a customer of Frank to mean?

**A.** Someone who had established an account with Frank through providing name, email, and phone number.

**Q.** How many customers did you understand Frank to have?

**A.** A little over 4 million at the time we did diligence.

Trial Tr. 2111:14-18

11

# The Defendants Told Lies Together During Diligence



**Houston Cowan**

**Q.** When the management presentation said Frank had <mark>4.25 million users</mark>, what was a Frank user?

**A.** <mark>A Frank user was someone who</mark> went through this flow, <mark>put in their first name, last name, email</mark> address, had gone through the one-time password flow. That was our understanding in how it was defined.

Trial Tr. 156:15-20

12

13

# The Defendants Told Lies Together During Diligence

**From:** Charlie Javice <charlie@withfrank.org>
**Sent:** Wednesday, June 30, 2021 12:12 AM
**To:** Koskovolis, Luke <LKoskovolis@liontree.com>; Cowan, Houston <HCowan@liontree.com>
**Cc:** Agarwal, Nikhil <nagarwal@liontree.com>; Matt Glazer <matt@withfrank.org>; Michael, Alex <AMichael@liontree.com>
**Subject:** Re: Mason comments

Users as defined are accounts.

GX 3034

14

# The Defendants Told Lies Together During Diligence

| | |
|---|---|
| **From:** | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| **Sent:** | 8/4/2021 8:10:21 PM |
| **To:** | Wims Morris, Leslie [leslie.wimsmorris@chase.com]; Sweeney, Alex [alex.sweeney@chase.com] |
| **BCC:** | Braun, Ben [bbraun@liontree.com] |
| **Subject:** | Draft Internal data counts |
| **Attachments:** | Finland_internaldata_counts.pdf |

## Data Variable Validation Request Details

How many UNIQUE customer accounts exist?                    4,265,085

Of those records, what % include each data field below?

GX 1140

15

16

# The Defendants Told Lies Together During Diligence



**Sindhu Subramaniam**

Q. How, if at all, did Ms. Javice define a user?

A. She defined a user as someone with a first name, last name, e-mail address, and a phone number.

Trial Tr. 2297:15-17

17

# The Defendants Told Lies Together During Diligence



**Sindhu Subramaniam**

Q. How many such users did Ms. Javice say Frank had, if she said so at all?

A. 4.25 million.

Trial Tr. 2297:18-25

18

# The Defendants Told Lies Together During Diligence



**Sindhu Subramaniam**

**Q.** At this meeting, was there discussion of Frank's website visitors?

**A.** Yes.

**Q.** Who addressed that topic on behalf of Frank?

**A.** Charlie again.

. . .

**Q.** What was that number?

**A.** 35 million.

Trial Tr. 2297:21-25, 2299:5-6

19

# The Defendants Told Lies Together During Diligence

From:  Shpiro, Adam (CCB, USA) [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP
         (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F624956D33]
Sent:   7/11/2021 10:20:11 PM
To:     Shpiro, Adam (CCB, USA) [adam.shpiro@jpmorgan.com]; Subramaniam, Sindhu (CCB, USA)

Subject:        Project Finland: Product Diligence (including Demo for entire Working Group)
Location:       Zoom Meeting ID: 506 506 6506 or adamshpiro

Start:          7/12/2021 12:00:00 PM
End:            7/12/2021 2:00:00 PM
Show Time As:  Busy

GX 1501

21

# The Defendants Told Lies Together During Diligence



GX 2035, GX 1501

# The Defendants Told Lies Together During Diligence



**Mason Young**

**Q.** Did it matter to Capital One who, from the target company, provided answers to Capital One's questions?

**A.** Yes. We clearly want the most knowledgeable person who could provide us with accurate data during diligence.

Trial Tr. 2284:22-25

24

# The Defendants Told Lies Together During Diligence



**Mason Young**

**Q.** And who did you understand, from the diligence process, to be most knowledgeable about issues such as customer acquisition at Frank?

**A.** Mr. Amar

Trial Tr. 2285:1-4

25

# Amar Lies at the July 8th Meeting

**From:** RAHUL JINDAL <rahul.jindal@capitalone.com>
**Sent:** Wednesday, July 7, 2021 2:29 PM
**To:** Cowan, Houston <HCowan@liontree.com>
**Cc:** Amanda Christianson <amanda.christianson@capitalone.com>; Agarwal, Nikhil <nagarwal@liontree.com>; Mason Young <mason.young@capitalone.com>; Koskovolis, Luke <LKoskovolis@liontree.com>; Florian Cotera <florian.coteraberndt@capitalone.com>; Michael, Alex <AMichael@liontree.com>
**Subject:** Re: [External Sender] RE: Call w/ Charlie & mgt. meetings

Hi Houston,
I hope that this email finds you well. Appreciate you organizing time with the team yesterday, following on from that meeting, we had some follow on

questions and thought it would be best to address them

Topics we would like to discuss:

directly with Olivier on a 30 mins call today, if possible.

we had some follow on

GX 1691

26

# Amar Lies at the July 8th Meeting



**From:** Google Calendar[calendar-notification@google.com]
**Location:** https://liontree.zoom.us/j/96008339258
**Importance:** Normal
**Subject:** Accepted: Project Frontier Discussion with Capital One @ Thu Jul 8, 2021 12:30pm - 1pm (EDT) (Cowan, Houston)
**Start Time:** Thur 7/8/2021 4:30:00 PM Coordinated Universal Time
**End Time:** Thur 7/8/2021 5:00:00 PM Coordinated Universal Time
**Required Attendees:** Cowan, Houston
**Attachment:** invite.ics

olivier@withfrank.org has accepted this invitation.

## Project Frontier Discussion with Capital One

When        Thu Jul 8, 2021 12:30pm – 1pm
            Eastern Time - New York

Where       https://liontree.zoom.us/j/96008339258

GX 3041

27

# Amar Lies at the July 8th Meeting



GX 3041, GX 2036

# Amar Lies at the July 8th Meeting



# Amar Lies at the July 8th Meeting



# Amar Lies at the July 8th Meeting

| | |
|---|---|
| From: | Koskovolis, Luke [LKoskovolis@liontree.com] |
| on behalf of | Koskovolis, Luke <LKoskovolis@liontree.com> [LKoskovolis@liontree.com] |
| Sent: | 7/8/2021 7:10:47 PM |
| To: | Charlie Javice [charlie@withfrank.org]; 'Olivier Amar' [olivier@withfrank.org] |
| CC: | LT-ProjectFrontier@liontree.com |
| Subject: | Follow ups from Cap One Meeting |
| Attachments: | Project Frontier Capital One Meeting Follow-Up (07.08.2021).pdf |

○ Is it possible to determine the number of FAFSAs that Frank users have filed? i.e. out of the 2.1mm FAFSA users we have, how many FAFSAs have all those people filed combined?

GX 3042

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**
2. <mark>**The Defendants Created the Fraud Spreadsheet Together**</mark>

# The Defendants Created the Fraud Spreadsheet Together



GX 3.1.4

34

# The Defendants Created the Fraud Spreadsheet Together



**Jen Wong**

**Q.** Ms. Wong, putting aside the spreadsheet for a moment, could a user start a FAFSA application using Frank's tool without creating a Frank account?

**A.** No.

Trial Tr. 1088-1089:23-1

35

# The Defendants Created the Fraud Spreadsheet Together

# The Defendants Created the Fraud Spreadsheet Together

| | |
|---|---|
| From: | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 6/24/2021 7:40:22 PM |
| To: | Agarwal, Nikhil [nagarwal@liontree.com] |
| CC: | Koskovolis, Luke [LKoskovolis@liontree.com]; Michael, Alex [AMichael@liontree.com]; Cowan, Houston [HCowan@liontree.com] |
| Subject: | Re: Mason comments |

- Believe you had mentioned this on yesterday's call, but wanted to confirm again that the FAFSA count in column Q --> fafsa in progress is account validated

GX 3013

37

# The Defendants Created the Fraud Spreadsheet Together



GX 3.1.4

## The Defendants Created the Fraud Spreadsheet Together

| CREATION DATE | FILE NAME | EDITORS | GX |
|---|---|---|---|
| 06/24/2021 | User_Breakdown | charlie@withfrank.org olivier@withfrank.org jen.wong@withfrank.org | G516 G517 |

# The Defendants Created the Fraud Spreadsheet Together

GX 1636

# The Defendants Created the Fraud Spreadsheet Together



11:00 AM                                                                    2:15 PM

**11:06:11**
Javice emails
"User_Breakdown_C
J_v2" to Liontree
GX3010

All times are in EDT.

# The Defendants Created the Fraud Spreadsheet Together



**From:**       Charlie Javice [charlie@withfrank.org]
**on behalf of**  Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:**       6/24/2021 3:06:11 PM
**To:**         Koskovolis, Luke [LKoskovolis@liontree.com]; Michael, Alex [AMichael@liontree.com]; Cowan, Houston [HCowan@liontree.com]
**Subject:**    Re: Mason comments
**Attachments:**  User_Breakdown_CI_v2.xlsx

Attached with users by attributed product and FAFSA completion.
--> How far out do you want projections? Is it just user projections or need the whole mix here?
--> Will overlap the retention for the platform this afternoon.

Charlie

## FAFSA In Process
### 4,265,085

GX 3010

43

# The Defendants Created the Fraud Spreadsheet Together



GX 1678

44

# The Defendants Created the Fraud Spreadsheet Together



Call between Javice and Amar
**1:56:20 pm – 2:01:25 pm**
Duration: 5 minutes and 5 seconds
GX902, 903, 925

11:00 AM ──────────────────────────────────────────────────► 2:15 PM

**11:06:11**
Javice emails
"User_Breakdown_C J_v2" to Liontree
GX3010



**1:57:43 pm**
Javice shares
"User_Breakdown_CJ_v2" with Amar
GX1678



**1:58:07 pm**
Amar views
"User_Breakdown_CJ_v2"
GXG521

All times are in EDT.

45

# The Defendants Created the Fraud Spreadsheet Together



Call between Javice and Amar
**1:56:20 pm – 2:01:25 pm**
Duration: 5 minutes and 5 seconds
GX902, 903, 925

**11:00 AM** → **2:15 PM**



**11:06:11**
Javice emails
"User_Breakdown_CJ_v2" to Liontree
GX3010



**1:57:43 pm**
Javice shares
"User_Breakdown_CJ_v2" with Amar
GX1678



**1:58:07 pm**
Amar views
"User_Breakdown_CJ_v2"
GXG521



**1:58:49 pm**
Amar edits
"User_Breakdown_CJ_v2"
GXG521

All times are in EDT.

46

# The Defendants Created the Fraud Spreadsheet Together



Call between Javice and Amar
**1:56:20 pm – 2:01:25 pm**
Duration: 5 minutes and 5 seconds
GX902, 903, 925

11:00 AM                                                                    2:15 PM

**11:06:11**
Javice emails
"User_Breakdown_CJ_v2" to Liontree
GX3010

**1:57:43 pm**
Javice shares
"User_Breakdown_CJ_v2" with Amar
GX1678

**1:58:07 pm**
Amar views
"User_Breakdown_CJ_v2"
GXG521

**1:58:49 pm**
Amar edits
"User_Breakdown_CJ_v2"
GXG521

**2:02:01 pm**
Amar views
"User_Breakdown_CJ_v2"
GXG521

**2:02:30 pm**
Javice renames
"User_Breakdown_CJ_v2"
to
"User_Breakdown_CJ_v3"
GXG521

**2:03:39 pm**
Javice emails
"User_Breakdown_CJ_v3"
to Liontree
GX3011

All times are in EDT.

47

# Ten Reasons You Know the Defendants Are Guilty



GX 3011, GX 3011-A

# The Defendants Created the Fraud Spreadsheet Together

| CREATION DATE | FILE NAME | EDITORS | GX |
|---|---|---|---|
| 06/24/2021 | User_Breakdown | charlie@withfrank.org<br>olivier@withfrank.org<br>jen.wong@withfrank.org | G516<br>G517 |
| 06/24/2021 | User_Breakdown_CJ_v4 | charlie@withfrank.org<br>olivier@withfrank.org | G520<br>G521 |

GX 1636

49

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. <mark>**The Defendants' Lies Were Important to Potential Buyers**</mark>

# The Defendants' Lies Were Important to Potential Buyers



**Sarah Youngwood**

**A. . . .** so what we were really buying was that customer list that would enable us then to do more with those engaged users, and so that was the rationale for the transaction.

Trial Tr. 1393-1394:25-3

# The Defendants' Lies Were Important to Potential Buyers



**Mason Young**

**Q.** Why was Capital One interested in acquiring Frank?

**A.** So for Frank specifically, Capital One was interested in acquiring a large audience of primarily young adults that we could engage with outside of financial products and services but over time cross-market Capital One's financial products to that audience.

Trial Tr. 2110-2111:25-4

52

# The Defendants' Lies Were Important to Potential Buyers



**Houston Cowan**

**Q.** Well, financial products, what does it mean to sell them additional things in that context?

**A.** Throughout the process, my understanding was that financial institutions that were interested would leverage the data and users to then, you know, grow with that customer, providing them credit cards or, you know, bank accounts, whatever it might be, in that context.

Trial Tr. 153:7-11

53

# The Defendants' Lies Were Important to Potential Buyers



**Sarah Youngwood**

**A. . . .** but if somebody actually takes the time to give you information that is very personal and confidential, at that point you have established a level of trust that is relevant to continuing to do more with that relationship.

Trial Tr. 1395:9-13

# The Defendants' Lies Were Important to Potential Buyers



**Leslie Wims Morris**

**A.** So what I said to Ms. Javice in that conversation was, when we read the customer privacy policy, there was a specific sentence that said that they could share customer PII if in fact the company was going through a merger and acquisition process.

Trial Tr. 615-616:22-1

57

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. **The Defendants' Lies Were Important to Potential Buyers**

4. **The Defendants Used Fake Data to Trick the Bank**

# The Defendants Used Fake Data to Trick the Bank

**Patrick Vovor**

She said she wanted to know if it could be easy, complex, meaning can it be done very fast, in a day or if it takes more time, to take our user base of about 300K users and grow it to 4 million users, and when doing so, keeping the same statistical distribution of people with college degree. . . .

Trial Tr. 1529:15-20

60

# The Defendants Used Fake Data to Trick the Bank



GX 1054, GX 202

61

# The Defendants Used Fake Data to Trick the Bank

### Customer Data

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| John | Smith | 21 | Student | 123 Main Street | New York | NY | 10007 |



### Synthetic Data

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| Matt | Green | 21 | Student | 321 Elm Street | New York | NY | 10007 |

62

# The Defendants Used Fake Data to Trick the Bank

## Customer Data

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| John | Smith | 21 | Student | 123 Main Street | New York | NY | 10007 |



## Synthetic Data

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| Lesley | | | | | | | |

## Synthetic Data

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| Katherine | Gordy | 30 | Student | GbozPn8RWxSPU | Upland | CA | 91730 |

| First | Last | Age | Occupation | Street Address | City | State | Zip |
|-------|------|-----|------------|----------------|------|-------|-----|
| Andrew | Silva | 20 | Student | vPnUa9Kc2n354 | Brooklyn | NY | 11204 | 76053 |



# The Defendants Used Fake Data to Trick the Bank

**From:**        charlie@withfrank.org [charlie@withfrank.org]
**Sent:**        8/2/2021 4:04:55 PM
**To:**          patrick@withfrank.org; olivier@withfrank.org

**Subject:**     Updated invitation: olivier, patrick <> charlie @ Mon Aug 2, 2021 12:15pm - 12:45pm (EDT) (patrick@withfrank.org)
**Attachments:** invite.ics
**Location:**    �

**Start:**       8/2/2021 4:15:00 PM
**End:**         8/2/2021 4:45:00 PM
**Show Time As:** Busy

**Recurrence:**  (none)

GX 1066

64

# The Defendants Used Fake Data to Trick the Bank

**Patrick Vovor**

To take the FAFSA data that we had, that I had in my database, in the AWS cloud, and ==generate a bigger file of 4 million users== that would have FAFSA data generated using the technique that we showed in the other document.

Trial Tr. 1561-1562:24-2

65

# The Defendants Used Fake Data to Trick the Bank



GX G506

66

# The Defendants Used Fake Data to Trick the Bank



GX G506

# The Defendants Used Fake Data to Trick the Bank



FAFSA in progress:
4,265,085

FAFSA Completion:
2,100,184

FAFSA In Process
4,265,085

FAFSA Completion
2,100,184

# The Defendants Used Fake Data to Trick the Bank



**Patrick Vovor**

**A.** I asked them if it was even legal, this request.

Trial Tr. 1575:14

70

# The Defendants Used Fake Data to Trick the Bank



**Patrick Vovor**

**A.** So I told them that I will not do anything illegal.

Trial Tr. 1576:13-14

71

# The Defendants Used Fake Data to Trick the Bank

| | | |
|---|---|---|
| P | Patrick Vovor <patrick@withfrank.org> | 8/2/2021, 6:33 PM |
| | so if i count users with no fafsa applications, we get ~293192 records | |
| C | Charlie Javice <charlie@tapd.us> | 8/2/2021, 6:34 PM |
| | Exactly | |
| C | Charlie Javice <charlie@tapd.us> | 8/2/2021, 6:34 PM |
| | Thx | |

GX 802-60

# The Defendants Used Fake Data to Trick the Bank



Hey Adam! Hope ur doing well. Wanted to reach out to see if u happened to have time in the next couple days - I'm in an urgent pinch and wondering if u still do consulting work and still have time?

21:47

GX 2801

74

# The Defendants Used Fake Data to Trick the Bank

| From: | Charlie Javice [charlie@withfrank.org] |
|---|---|
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 8/3/2021 1:39:33 PM |
| To: | Adam Kapelner [kapelner@gmail.com] |
| Subject: | Re: NDA for frank |

Hi Adam,

The files below are the sample data & distribution info.

- Applications_v4: raw sample data
- responses CSV: aid appeals sample raw data
- qualtrics apps v1: 2017-2019 sample data
- CJ_PV_FrontEnd_UserData: for distributions and counts

Will forward you the s3 login link to access so you download post NDA. Thanks so much again!

Charlie

GX 1752

76

# The Defendants Used Fake Data to Trick the Bank

| | Funnel Steps | Percent Complete Fields | Number of Field |
|---|---|---|---|
| Personal Info - First Name, Last Name, Email, Phone | 100% | 100.00% | 4,265,085.00 |
| Degree - Major, Year in School, Degree Level | 93% | 93.00% | 3,966,529.05 |
| School List - address, birthday, college list | 97% | 90.21% | 3,847,533.18 |
| Student Education - city of high school | 92% | 82.99% | 3,539,730.52 |
| Kill List A - military status, is married, number of kids | 98% | 81.33% | 3,468,935.91 |
| *Parent Education* | 99% | 80.52% | 3,434,246.55 |
| Independent Financial - cash assets, adjusted gross income | 100% | 80.52% | 3,434,246.55 |
| Independent Kill List B - student completed tax returns, investments, p | 72% | 57.97% | 2,472,657.52 |
| SSN & Gender - Is US citizen | 99% | 57.39% | 2,447,930.94 |
| | | | |
| Complete | | | 2,100,184 |

GX G72

78

# The Defendants Used Fake Data to Trick the Bank

| | Funnel Steps | Percent Complete Fields | Number of Field |
|---|---|---|---|
| Personal Info - First Name, Last Name, Email, Phone | 100% | 100.00% | 4,265,085.00 |
| Degree - Major, Year in School, Degree Level | 93% | 93.00% | 3,966,529.05 |
| School List - address, birthday, college list | 97% | 90.21% | 3,847,533.18 |
| Student Education - city of high school | 92% | 82.99% | 3,539,730.52 |
| Kill List A - military status, is married, number of kids | 98% | 81.33% | 3,468,935.91 |
| *Parent Education* | 99% | 80.52% | 3,434,246.55 |
| Independent Financial - cash assets, adjusted gross income | 100% | 80.52% | 3,434,246.55 |
| Independent Kill List B - student completed tax returns, investments, p | 72% | 57.97% | 2,472,657.52 |
| SSN & Gender - Is US citizen | 99% | 57.39% | 2,447,930.94 |
| | | | |
| Complete | | | 2,100,184 |

GX G72

79

# The Defendants Used Fake Data to Trick the Bank

| | Funnel Steps | Percent Complete Fields | Number of Field |
|---|---|---|---|
| Personal Info - First Name, Last Name, Email, Phone | 100% | 100.00% | 4,265,085.00 |
| Degree - Major, Year in School, Degree Level | 93% | 93.00% | 3,966,529.05 |
| School List - address, birthday, college list | 97% | 90.21% | 3,847,533.18 |
| Student Education - city of high school | 92% | 82.99% | 3,539,730.52 |
| Kill List A - military status, is married, number of kids | 98% | 81.33% | 3,468,935.91 |
| *Parent Education* | 99% | 80.52% | 3,434,246.55 |
| Independent Financial - cash assets, adjusted gross income | 100% | 80.52% | 3,434,246.55 |
| Independent Kill List B - student completed tax returns, investments, p | 72% | 57.97% | 2,472,657.52 |
| SSN & Gender - Is US citizen | 99% | 57.39% | 2,447,930.94 |
| | | | |
| Complete | | | 2,100,184 |

GX G72

80

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
| --- | --- |
| Time (Eastern) | Communication |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |

GX 902, GX903, GX1565

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
| --- | --- |
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |

GX 902, GX 903, GX 925, GX1565

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
|---|---|
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |

GX 902, GX 903, GX 925, GX1565, GXG73

# Knowledge of Kapelner

| August 3, 2021 | |
| --- | --- |
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |
| 10:28 AM | **Javice** calls **Amar** (3.5 min) |

GX 902, GX 903, GX 925, GX1565, GXG73

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
|---|---|
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |
| 10:28 AM | **Javice** calls **Amar** (3.5 min) |
| 10:37 AM | **Javice** texts **Amar** |

GX 902, GX 903, GX 925, GX1565, GXG73, GX801-7

# Amar Knew About Adam Kapelner

| August 3, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 10:37:18 AM | Javice | <mark>U don't have address in here.</mark> What's the drop off |
| 10:37:34 AM | Javice | <mark>Same with birthday</mark> |
| 10:37:43 AM | Amar | Because they don't have dropoff |
| 10:37:49 AM | Javice | So what step |
| 10:37:51AM | Amar | <mark>we eliminated them from the report</mark> |

GX 801-7

86

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
|---|---|
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |
| 10:28 AM | **Javice** calls **Amar** (3.5min) |
| 10:37 AM | **Javice** texts **Amar** |
| 1:49 PM | **Javice** sends **Kapelner** the fake data instructions |

GX 902, GX 903, GX 925, GX1565, GXG73, GX801-7; GX1077

87

# Amar Knew About Adam Kapelner

| | |
|---|---|
| **From:** | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| **Sent:** | 8/3/2021 5:49:17 PM |
| **To:** | Adam Kapelner [kapelner@gmail.com] |
| **Subject:** | Fwd: Welcome to Amazon Web Services |

here is the link. will share credentials offline.

GX 1077

88

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
| --- | --- |
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |
| 10:28 AM | **Javice** calls **Amar** (3.5min) |
| 10:37 AM | **Javice** texts **Amar** |
| 1:49 PM | **Javice** sends **Kapelner** the fake data instructions |
| 2:15 PM | **Javice** and **Kapelner** speak |

GX 902, GX 903, GX 925, GX1565, GXG73, GX801-7, GX1077, GX2801

89

# Amar Knew About Adam Kapelner

| August 3, 2021 | |
| --- | --- |
| **Time (Eastern)** | **Communication** |
| 9:00 AM | First call between **Javice** and **Kapelner** (11 min). |
| 9:13 AM | **Javice** calls **Amar** (7 min). |
| 10:27 AM | **Amar** shares the fake data instructions with **Javice** |
| 10:28 AM | **Javice** calls **Amar** (3.5min) |
| 10:37 AM | **Javice** texts **Amar** |
| 1:49 PM | **Javice** sends **Kapelner** the fake data instructions |
| 2:15 PM | **Javice** and **Kapelner** speak |
| 2:30 PM | **Javice** texts **Amar** |

GX 902, GX 903, GX 925, GX1565, GXG73, GX801-7, GX1077, GX2801, GX 801-10

90

# Amar Knew About Adam Kapelner

| August 3, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 2:30:07 PM | Javice | I found my genius. He says it will take him an hour |
| 2:49:03 PM | Amar | Great |

GX 801-10

# Amar Knew About Adam Kapelner

| August 3, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 08:20:55 AM | Javice | Finished data at 2am |
| 08:21:02 AM | Amar | How's it go? |
| 08:21:50 AM | Javice | He did a fantastic job. Truly. We powered through together |
| 08:22:03 AM | Javice | Fun getting to work with ur old stat professor :) |

GX 801-15

92

# The Defendants Used Fake Data to Trick the Bank



# The Defendants Used Fake Data to Trick the Bank



# The Defendants Used Fake Data to Trick the Bank

| ACXIOM RESULTS | | | |
|---|---|---|---|
| STUDENT_FIRST_NAME | 4,265,085 | 4,265,085 | 100.00% |
| STUDENT_LAST_NAME | 4,265,047 | 4,265,085 | 100.00% |
| STUDENT_EMAIL | 4,265,085 | 4,265,085 | 100.00% |
| STUDENT_PHONE_NUM | 4,265,085 | 4,265,085 | 100.00% |
| STUDENT_HOME_ADDR | 3,847,533 | 4,265,085 | 90.21% |
| | | | |
| STUDENT_BIRTHDAY | 3,847,533 | 4,265,085 | 90.21% |
| STUDENT_MAJR_INTRST | 2,088,875 | 4,265,085 | 48.98% |
| YEAR_OF_SCHOOL | 3,966,529 | 4,265,085 | 93.00% |
| DEGREE_LEVEL | 3,966,529 | 4,265,085 | 93.00% |
| CITY_OF_HIGH_SCHOOL | 3,539,731 | 4,265,085 | 82.99% |
| STUDENT_IS_MARRIED | 3,468,936 | 4,265,085 | 81.33% |
| HAS_CHILDREN | 3,468,936 | 4,265,085 | 81.33% |
| MILITARY_STATUS | 3,468,936 | 4,265,085 | 81.33% |
| PARENT_NUM_CHILDREN_FIN_SUPP | 3,468,936 | 4,265,085 | 81.33% |
| STUDENT_COMPLETED_TAX_RETURN | 2,472,658 | 4,265,085 | 57.97% |
| STUDENT_EARNINGS_WORKING | 3,434,247 | 4,265,085 | 80.52% |
| | | | |
| STUDENT_CASH_ASSETS | 3,434,247 | 4,265,085 | 80.52% |
| NET_WORTH_STUDENT_INVESTMENTS | 2,472,658 | 4,265,085 | 57.97% |
| IS_US_CITIZEN | 2,447,931 | 4,265,085 | 57.39% |
| STUDENT_ADJUSTED_GROSS_INCOME | 3,434,247 | 4,265,085 | 80.52% |
| NUM_OF_SCHOOLS_TO_SEND_FAFSA | 3,847,533 | 4,265,085 | 90.21% |

GX 1292-A

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. **The Defendants' Lies Were Important to Potential Buyers**

4. **The Defendants Used Fake Data to Trick the Bank**

5. **The Defendants Bought Data to Cover Their Tracks**

98

# The Defendants Data to Cover Their Tracks

**From:** Charlie Javice
**Sent:** Monday, August 2, 2021 12:01 PM
**To:** Tani Ochs
**Subject:** Re: My Contact Information

GX 1643

# The Defendants Bought Data to Cover Their Tracks



**Tani Ochs**

**A.** That she was looking for a student marketing list and it needed to contain e-mail.

Trial Tr. 910:8-9

# The Defendants Bought Data to Cover Their Tracks



**Tani Ochs**

Q. And when did she say that she wanted to purchase that student data by?

A. She didn't give me an exact date but she did make it clear that a decision would be made pretty rapidly.

Trial Tr. 908-909:25-3

101