# EXHIBIT B

PART 2 OF 2

# Alex Michael Was Young's Main Contact At LionTree

P3C5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE, OLIVIER AMAR,

Defendants.
------------------------------x

Before:

HON. ALVIN K. HEI

APPEARANC

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorn

BAEZ LAW FIRM
Attorneys for Defendant Charli
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charli
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie

QUINN EMANUEL URQUHART & SULLIVAN,
Attorneys for Defendant Charli
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT RE
(212) 805-

## Mason Young Testimony

Q. Now yesterday you testified that when you spoke with LionTree, you mentioned the name Alex Michael a couple of times. Do you remember that?

A. Yes.

Q. Now is that the main person you were dealing with over at LionTree?

A. Yes.

Q. And how often did you interact with Mr. Michael?

A. During diligence.

Q. Yes.

A. Frequently, week to week, sometimes day to day.

Trial Tr. 2216:20-2217:5

© 2025 DOAR

# Feelings, Not Fact

P3C5jav1

UNITED STATES DISTR
SOUTHERN DISTRICT O
UNITED STATES OF AM
v.
CHARLIE JAVICE, OLI
Defe

Before:

MATTHEW PODOLSKY
Acting United
Southern Distr
BY: MICAH F. FERGU
RUSHMI BHASKAR
GEORGIA V. KOS
NICHOLAS W. CH
Assistant Unit

BAEZ LAW FIRM
Attorneys for
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW
Attorneys for
BY: RONALD S. SULL

RICHARD M. DE MARIA
Attorney for I

QUINN EMANUEL URQUH
Attorneys for
BY: CHRISTOPHER TA
ERICA PERDOMO

SOUT

## Mason Young Testimony

THE COURT: Did you get this feeling from just reading this management presentation or was it something that somebody said?

THE WITNESS: It was a feeling that we had by reading through the management presentation confirmed by, I believe, Ms. Javice on the presentation during the call.

THE COURT: What did Ms. Javice say?

THE WITNESS: That these were logged-in users of Frank.

Trial Tr. 2122:10-18

© 2025 DOAR

# 4.2M Users, 11M Page Views & Diligence Tracker User Definition

LionTree

**Project Frontier**

**Q&A Diligence Tracker**

**Capital One**

K255 fx Definition:

**Definition:**

- User Signup: validated first name, last name, email, phone number, OTP

- Users are created at the following capture point:

- FAFSA
- Scholarships
- Aid Appeal
- Classfinder upon adding courses to basket (will change to seconds on site)
- How to pay for college / college costs (browsing on site)
- Work Study (coming soon - June)
- Student Debt Repayment (coming soon - August)

GX2020

© 2025 DOAR

# How To Pay For College Didn't Require A Password

Defensive Play
Mason Young
Data
Fake Validation
ASL List
423
P2Q5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
CHARLIE JAVICE, OLIVIER AMAR,
Defendants.
Jury Trial
------------------------------x
New York, N.Y.
February 26, 2025
10:20 a.m.
Before:
HON. ALVIN K. HELLERSTEIN,
District Judge
APPEARANCES
MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys
BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ
RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.
RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Behram Panthaki Testimony
Q. And then there was also information on the website that you could go to about how to pay for college? A content of articles? Things like that?
A. Yes. There was how to pay for college. College search. There were blog articles. Yes, there was content on the website.
Q. So those services we just discussed that didn't require names, e-mail addresses, those people were not account holders?
A. That is correct. They would not be account holders because we didn't have first name, last name, e-mail address.
Q. But people were using the Frank website in some manner?
A. Yes. There would be students, parents, others who came and browsed the Frank website.

Trial Tr. 496:24-497:4, 497:25-498:6

76

© 2025 DOAR

# Young Got Answer To Users Question Before 1st Management Meeting

2155

P3D1JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x
New York, N.Y.
March 13, 2025
10:06 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,
District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Mason Young Testimony

Q. Now, you also stated that this question that you had about users came after the July 8 presentation; is that correct?

A. No. The first question about users would not have occurred in July.

Q. So it came much earlier; right?

A. Our diligence was highly focused on users and that second round diligence began in June.

Q. Let's look at the actual date when you asked the question.

If we could scroll to the left?

Do you see where it says data request, 6/22/21?

A. Yes.

Q. And as the prosecutor pointed out, this was a high priority question; right?

A. Correct.

Q. And you were given this answer on June 30th of 2021; correct?

A. Correct.

Trial Tr. 2191:21-2192:12

© 2025 DOAR

# Fractional Users

## Mason Young Testimony

THE COURT: The report shows **fractional users.** When you look at this, do you recall wondering about this point?

THE WITNESS: I mean, often a data table's numbers can be averages calculations, leading inadvertently to decimal points when there shouldn't be.

THE COURT: But this is not an average.

THE WITNESS: It's a sum, correct. But you can drag and drop, and **weird things happen in Excel that lead to this. I see it all the time.**

Trial Tr. 2214:12-20

© 2025 DOAR

# Data Room Is Constantly Updated During Diligence

Defensive Play
Mason Young
Data
Fake Validation
ASL List
2155
P3D1JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
GEORGIA V. KOSTOPOULOS
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Mason Young Testimony
Q. Were you made aware that Ms. Javice asked that this be removed from the data room?
A. Documents—I was not aware. Documents get pulled down and replaced all the time during diligence.

Trial Tr. 2215:8-13

79

© 2025 DOAR

# Capital One Was Concerned About Regulatory Risks

P3D1JAV1

UNITED STATES DISTR
SOUTHERN DISTRICT O
UNITED STATES OF AM
v.
CHARLIE JAVICE, OLI
Defe

Before:

MATTHEW PODOLSKY
Acting United
Southern Distr
BY: MICAH F. FERGE
RUSHMI BHASKAR
GEORGIA V. KOS
NICHOLAS W. CH
Assistant Unit

BAEZ LAW FIRM
Attorneys for
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW
Attorneys for
BY: RONALD S. SULL

RICHARD M. DE MARIA
Attorney for D

QUINN EMANUEL URQUH
Attorneys for
BY: CHRISTOPHER TA
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK

SOUT

## Mason Young Testimony

Q. Now **one of the concerns** that you had with the Frank website was—or with purchasing Frank was that there were **significant regulatory risks,** right?

A. That's what I said earlier, yes.

Q. Okay. And that is that—so, for example, the FAFSA tool, that **the government can change how they actually process the FAFSA application, and that might affect the website, right?**

A. **That could be an example that we cited during diligence internally.**

Trial Tr. 2220:11-19

© 2025 DOAR



# Management Presentation Did Not Mention "Accounts", "Customers", Or "Users"

Defensive Play
Mason Young
Data
Fake Validation
ASL List
2155
P3D1JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
BY: JOSE A. BAEZ
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Mason Young Testimony
Q. Now, sir, you would agree that we have just gone over six different occasions where it uses the word "students" and not "accounts" or "customers;" right?
A. Or users; correct.

Trial Tr. 2195:4-9

81

© 2025 DOAR

Management Presentation Was Marketing
Defensive Play
Mason Young
Data
Fake Validation
ASL List
2155
P3D1JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
CHARLIE JAVICE, OLIVIER AMAR,
Defendants.
Jury Trial
New York, N.Y.
March 13, 2025
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.
RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Mason Young Testimony
Q. Now, you know that this is a marketing presentation; right?
A. I do.
Trial Tr. 2195:10-11

© 2025 DOAR

# Young Did CAC Math With The Government

Defensive Play
Mason Young
Data
Fake Validation
ASL List
2155
P3D1JAV1
UNITED STATES DISTRICT COURT
SARA C. CLARK
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Mason Young Testimony
Do you recall telling them that you didn't walk away
with the impression that they were spending $20 million?
A. Correct.
Q. And that's because you did the CAC; right?
A. We did a lot of modeling on the financials of the company
and the user base during diligence; correct.

Trial Tr. 2207:2-7

© 2025 DOAR

# Capital One Flagged The 500,000 Number

P3D1JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE, OLIVIER AMAR,

Defendants.
------------------------------x

Before:

HON. ALVIN K. HELLER

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie J
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie J
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Ja

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie J
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SARA C. CLARK

SOUTHERN DISTRICT REPOR
(212) 805-030

## Mason Young Testimony

Q. And you were aware of this 500,000 number; right?

A. There were a lot of numbers shared throughout due diligence that often did not reconcile that we asked questions about. You know, 400,000 here, 500,000 there in this document, 500,000 is referenced as students.

Q. And it was something that you and your 30 team members had flagged; right? The 500,000 number?

A. I don't recall this specific page and this specific number being referenced in a question but we had flagged it internally and asked questions about inconsistencies in the data provided to LionTree, to Frank.

Trial Tr. 2196:2-12

© 2025 DOAR

# Data Error

P3C5jav1

UNITED STATES DISTR
SOUTHERN DISTRICT O
------------------
UNITED STATES OF AM
v.
CHARLIE JAVICE, OLI
Defe
------------------

Before:

MATTHEW PODOLSKY
Acting United
Southern Distr
BY: MICAH F. FERGU
RUSHMI BHASKAR
GEORGIA V. KOS
NICHOLAS W. CH
Assistant Unit

BAEZ LAW FIRM
Attorneys for
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW
Attorneys for
BY: RONALD S. SULL

RICHARD M. DE MARIA
Attorney for I

QUINN EMANUEL URQUH
Attorneys for
BY: CHRISTOPHER TA
ERICA PERDOMO

SOUT

## Mason Young Testimony

Q. Was this question answered at the June 23rd meeting?

A. Partially.

Q. Who answered it?

A. Ms. Javice.

Q. What did she say in response to the question?

A. That there was a data error in the documents provided to us in the data room and that she would get with her team and reconcile the data and provide an updated document to the data room, shortly after this meeting.

Trial Tr. 2140:5-13

© 2025 DOAR

# Eastern Gateway Community College

Defensive Play | Mason Young | Data | Fake Validation | ASL List

Increasing FAFSA® Completions with Frank
How Eastern Gateway Community College Simplified the FAFSA® Process and Increased Yield in Under 30 Days
FOIA CONFIDENTIAL TREATMENT REQUESTED
CONFIDENTIAL

The Opportunity

In an effort to increase FAFSA® completion rates, EGCC partnered in 2020 with Frank, a New York-based startup that has completely redesigned the FAFSA® experience. Since its founding in 2016, Frank has helped over 400,000 students complete the FAFSA® by delivering a streamlined, user-friendly, and mobile-friendly experience that can cut completion times in half.

GXCAP1.4.3

86

© 2025 DOAR

# Young Tells The Government There Were No Major Inconsistencies On Data

Defensive Play | **Mason Young** | Data | Fake Validation | ASL List

1969

P3C5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
March 12, 2025
10:10 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Mason Young Testimony

the first question is: Apart from the notes, do you recall telling the government at some point during your interviews that there were or there were not major inconsistencies in the data provided to you?

THE WITNESS: Yes.

THE COURT: And what is it you remember?

THE WITNESS: I recall saying there were inconsistencies in the data provided throughout my conversations with the government. Do I recall saying this exact statement at this moment in time, in March of 2023? I don't.

Q. Is that your testimony, sir?

A. I very much agree with the second part of this statement. Knowing what I know now, thinking back to the conversation that happened two years ago, I don't recall making the first statement.

Q. And——

A. Maybe I did, but I don't recall.

Trial Tr. 2230:12-22, 2231:7-13

© 2025 DOAR

# PII Rarely Shared During Diligence

Defensive Play | **Mason Young** | Data | Fake Validation | ASL List

## Mason Young Testimony

P3C5jav1

UNITED S
SOUTHERN
UNITED S

CHARLIE

Before:

MATTHEW
Act
Sou
BY: MIC
RUS
GEO
NIC
Ass

BAEZ LAW
Att
BY: JOS

RONALD S
Att
BY: RON

RICHARD
Att

QUINN EM
Att
BY: CHR
ERI

Q. Do you recall telling the government that companies can't provide data in due diligence?

A. I recall telling the government companies do not provide certain data during due diligence related to their customer base as an example.

Q. And one of the main reasons for that is privacy reasons, right?

A. Personally identifiable information is rarely shared during due diligence.

Trial Tr. 2219:12-20

© 2025 DOAR

# Companies Rarely Provide PII During Diligence

P3C5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jur
------------------------------x
New
Mar
10:

Before:

HON. ALVIN K. HELLERSTEIN

Dis

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS,
(212) 805-0300

## Mason Young Testimony

Q. And that the solution for that is what, sir? If you can't see the data, what do you do?

A. You request data to get comfortable with the decision to buy a company or not. You also rely on representations and warranties in the purchase agreement that information provided during diligence is accurate.

Q. I'm sorry. I can barely hear you. Can you repeat that last part of your answer.

A. As a buyer, Capital One relies on representations and warranties and the definitive purchase agreement that would govern an acquisition.

Trial Tr. 2219:21-2020:6

© 2025 DOAR

# Young Checks To See How Many People Visit Websites He Buys

Defensive Play
Mason Young
Data
Fake Validation
ASL List
1969
P3C5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
CHARLIE JAVICE, OLIVIER AMAR,
RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Mason Young Testimony
Q. So when you look to buy a website, do you ever look at how many people visited that website?
A. I do.

Trial Tr. 2218:4-6

90
© 2025 DOAR

# Frank's Data Was Scattered In Multiple Places



© 2025 DOAR

# Nov. 2018: Frank Moves Data From Qualtrics To AWS

423

P2Q5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
February 26, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Berham Panthaki Testimony

Q. Turning to the core system, where was that hosted when you joined Frank?

A. So when I joined Frank, the core system was hosted on a platform for Qualtrics. Qualtrics was a software service or a service that Frank had purchased and had built the FAFSA form on Qualtrics. When I joined, we decided that we wanted a more safe sand secure system and so Frank embarked on a project to actually build our own core system.

Q. Was the core system ultimately migrated to a different system?

A. Yes. So, we migrated off of Qualtrics, I would say, sometime in 2018, November time frame, that's when we migrated after of Qualtrics and onto the core system that Frank had built.

Q. Where was the new core system hosted?

A. The new core system was hosted on Amazon Web Services, AWS.

Trial Tr. 437:16-438:6

© 2025 DOAR

# Errors In The Way The System Had Been Coded

Defensive Play
Mason Young
Data
Fake Validation
ASL List
423
P2Q5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Behram Panthaki Testimony
A. There were errors in the way the system had been coded at times and so there were adjustments for the system misfiring or double-firing and other sort of discrepancies.
Q. When you say system, which system are you referring to?
A. Google Analytics.
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Trial Tr. 452:11-15

© 2025 DOAR

# Charlie Javice Demanded Accuracy

Defensive Play | Mason Young | **Data** | Fake Validation | ASL List

423

P2Q5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
February 26, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Berham Panthaki Testimony

Q. You had testified that there were discussions with Ms. Javice and Mr. Amar about this overreporting?

A. That is correct.

Q. What was Ms. Javice's reaction to this?

A. You know, Charlie, Ms. Javice agreed that we have to be more accurate about the numbers. You know, there was a conversation had around ensuring that we sort of created the processes to accurately report. You know, Charlie was --

Q. How about Mr. Amar? Did you discuss the spreadsheet with Mr. Amar?

A. Yes, we did. Olivier sort of defended the sort of error, he mentioned that we were using a free version of Google Analytics, and as such he was trying to save money, and that he's why some of these errors occurred.

Trial Tr. 461:2-17

© 2025 DOAR



Charlie Javice Always Corrected Numbers
Defensive Play
Mason Young
Data
Fake Validation
ASL List
1024
P341JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
BY: JOSE A. BAEZ
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Jennifer Wong Testimony
Q. Do you recall occasions where Ms. Javice in fact corrected
her understanding of the data you provided by saying that some
numbers looked higher than she would have expected?
A. Yes.
Trial Tr. 1177:19-24

© 2025 DOAR



# The Inflated Numbers Came From Google Analytics

423

P2Q5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
February 26, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Behram Panthaki Testimony

Q. You used the term "sanity check." I think on direct you said the sanity check was intended to make sure that the numbers sort of aligned. Do you recall that?

A. That is correct, yes.

Q. By "sort of" you mean that there is a bit of estimation going on here?

A. There were estimations, there were adjustments made for some historical anomalies which, you know, sort of brought to our notice -- Dave Glauber worked with, I believe at that time it was Olivier on those adjustments -- those adjustments happened historically before my time so I have no reason to sort of agree or disagree with that.

Q. My question is by "sort of" you mean it is not as simple as just a straight up mathematical calculation. This plus this equals this; correct?

A. Yes. That's why it is a sanity check or triangulation. It was not exact.

Trial Tr. 504:23-505:14

© 2025 DOAR

Data Baby Was Kept In A Safe Deposit Box
Defensive Play
Mason Young
Data
Fake Validation
ASL List
423
P2Q5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
Behram Panthaki Testimony
A. So let me rephrase. The Iron Mountain flash drive was kept
in a safe deposit box at JPMorgan Chase. Data Baby was kept in
the safe and that's the laptop that had the information, and
the key to that was held by myself as well as Matt Glazer.
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Trial Tr. 495:25-496:3

© 2025 DOAR

# Cookies And Retargeting Website Visitors Are Marketable Users

Defensive Play
Mason Young
Data
Fake Validation
ASL List
2920
P3K5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
Jenny Zeitler Testimony
A. A marketable user is someone you can market to.
Q. And in the context of retargeting, are people who visited the website, what we have been calling users, are they marketable users?
A. Yes. If they've accepted the cookies.
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Trial Tr. 3057:12-16

© 2025 DOAR

# No Opt-Out Cookies Policy: All 4.2M Users Had Cookies

Defensive Play | Mason Young | **Data** | Fake Validation | ASL List

## Jenny Zeitler Testimony

You remember the back and forth you and the Judge had about whether you opt-in or opt-out of cookies? As you recall, back in the summer of 2021 was that opt-out of cookies policy available then? We all know we see it now but back in August -- July, August 2021?

A. I don't believe so.

Q. That would mean then that all 4.25 million Frank users were automatically opted in?

A. Yes.

Trial Tr. 3065:9-17

© 2025 DOAR

Only Spoke With Charlie Javice 3-4 Times Total
Defensive Play
Mason Young
Data
Fake Validation
ASL List
2920
P3K5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Jenny Zeitler Testimony
Q. And how frequent were your interactions with Ms. Javice?
A. I think I talked to her about three or four times. It wasn't—it wasn't too often.
THE COURT: A week, a day, month?
THE WITNESS: Total.
Trial Tr. 3050:12-16

© 2025 DOAR

# Government Can't Get The Numbers Right

Defensive Play
Mason Young
Data
Fake Validation
ASL List
2614
P3i5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
Michael Salve Testimony
A. The last row identified as being populated in CJ 2177 is
row 149,115.
Q. Are there 4 million rows in this spreadsheet?
A. Not that I see, no.
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Trial Tr. 2768:2-5

101

© 2025 DOAR

Contradictions
Defensive Play
Mason Young
Data
Fake Validation
ASL List
1388
P361JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Alex Sweeney Testimony
Q. And why did you include that request?
A. Because we wanted to ensure the customers were actually real, the data was real, again, to have a sufficient level of validation that the customers actually existed.
Trial Tr. 1455:5-8

© 2025 DOAR

# Lie: Data Questions Came Up After Deal Meeting

## Leslie Wims Morris Testimony

Q. Okay. When was the—was the deal review meeting—when was the deal review meeting?

A. The deal review meeting was on July 30th.

Q. Okay. And so the questions that you discussed about questions about data that came up in that meeting, were those questions raised before or after the deal review deck was prepared?

A. After.

Trial Tr. 766:19-767:1

© 2025 DOAR

# First Mentioned In July

**From:** Sweeney, Alex <alex.sweeney@chase.com>
**Sent:** Monday, August 2, 2021 8:19 AM
**To:** Matt Toland <Matthew.Toland@acxiom.com>; Ross Burgess <Ross.Burgess@acxiom.com>
**Cc:** Diana_Mitchell - Diana Mitchell (Chase) <Diana.B.Mitchell@chase.com>; Ferrell, Ashley <ashley.ferrell@jpmorgan.com>
**Subject:** Acxiom/Chase project

Matt, Ross --

Thanks for the time a couple weeks back to discuss setting up a new customer overlap analysis for Chase and one of our prospective partners.

I'd like to quickly follow up with you on this given we'd like to get you introduced to the partner (whom you don't currently work with today), etc.

Could you be available between 1030-130 ET today to briefly connect so I can take you through what we're looking to do and align on next steps? It's a slightly different exercise than we initially discussed.

Let me know - Thanks.

GX2202

© 2025 DOAR

# Final Deal Review: JPMC Rushed Their Diligence And Pushed Forward

Defensive Play
Mason Young
Data
Fake Validation
ASL List
Deal Update
On July 14th we provided a bid of $175mm to acquire the company and by July 17th we secured exclusivity for two weeks (up to July 31st) with a one week automatic extension (expiring Aug 7th) to move forward with confirmatory due diligence. We completed confirmatory diligence and recommend proceeding with the transaction
Project Finland
July 2021
CHASE
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-0942.0002
JPMC_01117984
USAO_Rel_002166548
CJ942

© 2025 DOAR



# Final Deal Review: JPMC Knew The Risks

## Project Finland Description:

- Frank (Finland) is a service that helps students locate and apply for financial aid, through a unique content and technology platform
- Finland is currently in a sale process, led by LionTree and Chase has submitted a non-binding bid to acquire the company
- Finland would become a key piece of our student strategy, and would provide us with content and capabilities to create compelling study journeys and ease onboarding to Chase student-focused products across Consumer Bank, Lending and USWM
- We have completed diligence, and all work streams are in a position to proceed. We are seeking approval to sign a merger agreement to acquire the company, targeting signing week of 8/2

## Key considerations and risks

| **Business** | |
|---|---|
| *Lead Contact:* Ryan MacDonald / Steve Goodman | - Existing Finland products/partnerships evaluated to understand implications and ability to keep them running. Pricing structures (e.g., membership subscription plans) will be revised to fit Chase's strategy.<br>- Chase usability of customer data has been validated, exception: use by 3rd parties<br>- Company has taken a PPP loan from JPMC that will require pay back prior to consummating an acquisition<br>- Finland's access to FAFSA form filling being shut off by the government is a risk from a customer funnel standpoint |

GX1591

© 2025 DOAR

# Sweeney: Data Validation Was Not A Priority Before Signing

Defensive Play
Mason Young
Data
Fake Validation
ASL List
1388
P361JAV1
UNITED STATES DISTRICT COURT
GEORGIA V. KOSTOPOULOS
EOIN BEIRNE
KIRSTEN NELSON
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Alex Sweeney Testimony
Q. Let me ask you this. When this actually came up,
Ms. Morris' direction was this was not a priority before
signing; correct?
A. Earlier in the transaction, Leslie had not considered this
a priority; yes.

Trial Tr. 1492:22-1493:5

107

© 2025 DOAR

# Deal Review Minutes

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

DEFENDANT'S EXHIBIT CJ 247

From: Katz, David [david.katz@jpmorg
Sent: 7/31/2021 12:57:57 PM
To: Wims Morris, Leslie [leslie.wims
Jennifer [jennifer.roberts@chas
[steve.w.goodman@chase.com]
[alexandra.d.linden@jpmorgan.
[brian.j.carmody@chase.com]; E
[rohan.m.amin@jpmchase.com]
[corrine.m.burger@chase.com];
[sarah.m.youngwood@jpmorga
[peter.j.neilson@jpmchase.com]; Ramos, Andre R [andre.r.ramos@chase.com]; Griffin, Bradley W
[bradley.w.griffin@jpmchase.com]
[cathy.t.norton@jpmchase.com
[jordyn.blair@jpmchase.com]; A
[brian.a.bessey@jpmchase.com
[elizabeth.k.fuller@jpmorgan.c
Subject: RE: Deal Review - Finland <Mate
Attachments: 20210730__CCB Deal Review Fo

Pleas find attached the minutes from yester

Thanks,
David

-----Original Appointment-----
**From:** Wims Morris, Leslie (CCB, USA) <lesli
**Sent:** Wednesday, July 28, 2021 7:31 AM
**To:** Wims Morris, Leslie (CCB, USA); Lake, M
Goodman, Steve W (CCB, USA); Seltzer, Ada
Carmody, Brian J (Legal, USA); Beer, Allison (CCB, USA); Amin, Rohan M (CCB, USA); Simcock, Stephen (Legal, USA);
Burger, Corrine M (Corporate, USA); Brucke
Neilson, Peter J (Compliance, USA); Ramos,
R (Legal, USA); Norton, Cathy T (CCB, USA);
(CCB, USA); Bessey, Brian A; Piepszak, Jenni
Christian'
**Subject:** Deal Review - Finland <Materials a
**When:** Friday, July 30, 2021 12:00 PM-12:3
**Where:** Zoom Meeting ID: 949 810 4665

When: Friday, July 30, 2021 12:00 PM-12:3
Where: Zoom Meeting ID: 949 810 4665

Note: The GMT offset above does not reflec

I'm using Zoom for my meetings.

Meeting ID: 9498104665

Join from PC, Mac, iOS or Android: https://jpmc

FOIA Confidential Treatment Requested by JPM
CONFIDENTIAL

- **Projects Reviewed and Forum Decision:**
  - Project Finland – Reviewed and confirmed no objections to signing

- **Key Items Discussed:**
  - The deal team shared that since the last Project Finland Deal Review meeting we have completed confirmatory due diligence, continued to negotiate the merger agreement and are near pens-down. Charlie's employment agreement is still being negotiated but hoping to wrap-up today. Integration planning has started and will pick up in earnest next week. We think negotiations have landed in a favorable place. We are aiming to sign the agreement no later than end of next week. To do so we will need to finalize the negotiation of the merger agreement and have signed employment agreements from Charlie and 75% of employees.

  - The deal construct remains a walk away structure meaning there are no contractual remedies against security holders after closing. We negotiated indemnity escrow coverage for matters such as pre-closing taxes if there are any and coverage if there are any transaction expenses or debt that isn't clean at closing. We negotiated for the majority of sellers to sign support agreements where they stand behind fraud. We significantly expanded the reps and warranties and expanded the interim operating governance between sign and close. The original agreement had hell or high water covenant and we were able to flip that standard to essentially say we have the opposite. The rep and warranty insurance will be bound at signing. We negotiated an inside date of 40 days from sign to close. Charlie is keen to close as soon as possible.

  - The group discussed that Finland will require a reprioritization of the book of work for consumer and the engagement platform. It was emphasized that this is an incremental strategy for student, not an asset and we will be uplifting with our current resources. We are in agreement that we are committed to this strategy and will put the resources behind it. Work will be done next week to determine what the trade-offs are for the minimum amount of work in order to bring Finland in and then park it for at least six months. It is understood that there will be an impact to some high priority things. It was suggested to ensure that we are maximizing on contractors and MSAs where possible to augment this work.

CJ247

© 2025 DOAR

# Synthetic Leslie Wims Morris: Got Clearance From Board

## Leslie Wims Morris Testimony

Q. And during—after you sent this initial email what, if anything, did Ms. Javice request that you do?

A. She requested that I summarize our conversation in writing for clarity on our rationale for why we needed it and our stance that it was a condition to closing the transaction, and so her request was that I do that such that she could also share our point of view with her board of directors.

Trial Tr. 625:17-23

© 2025 DOAR

# Charlie Sends Rowan The Data Request

Message

DEFENDANT'S EXHIBIT CJ 249 S1 23 Cr. 251 (AKH)

**From:** Charlie Javice [charlie@withfrank.org]
**Sent:** 8/1/2021 3:25:07 PM
**To:** Marc Rowan [rowan@apollo.com]; Michael Eisenberg [me@aleph.vc]
**Subject:** [External] Fwd: Finland Data Request

See below.

Charlie Javice

---

**From:** Wims Morris, Leslie <leslie.wimsmorris@chase.com>
**Sent:** Sunday, August 1, 2021 3:12:26 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>
**Subject:** Finland Data Request

Charlie,

As we discussed, we have two critical confirmatory due diligence requests related to the transaction:

1. **Data Variable Validation** – we need to understand the number of data attri… questions and table noted below; and
2. **Data Match with Chase Customers** – we need to understand the Finland cus… customers. More specifically a) whether Finland customers have an existing … customers are also Chase customers we will identify what specific products … stage this is for data insights purposes only.

In both cases, we would like to work with Axciom – a Company that we have an exist… above mentioned analyses. We recommend that we start the planning process ASAP… analyses entail and include our respective legal teams so everyone is clear regarding… options that work for you and your team tomorrow and we will plan accordingly. A… fast track this work ahead of signing.

---

**Data Variable Validation Request Details**
How many customer accounts have 100% of the below data?
How many customer accounts have partial information? Of partial records, what % i…
Validate the integrity of each of the variables to the degree reasonable (e.g., data an… appropriate formats)

| Section | Variable |
|---|---|
| Popup | STUDENT_FIRST_NAME |
| | STUDENT_LAST_NAME |
| | STUDENT_EMAIL |
| | STUDENT_PHONE_NUM |
| Personal | STUDENT_HOME_ADDR |
| | STUDENT_HOME_ADDR_APT |
| | STUDENT_BIRTHDAY |

FOIA Confidential Treatment Requested
CONFIDENTIAL
CONFIDENTIAL

CJ-0249.0001

FRANK1SDNY00000386
USAO_Rel_000005814

Message

DEFENDANT'S EXHIBIT CJ 249 S1 23 Cr. 251 (AKH)

**From:** Charlie Javice [charlie@withfrank.org]
**Sent:** 8/1/2021 3:25:07 PM
**To:** Marc Rowan [rowan@apollo.com]; Michael Eisenberg [me@aleph.vc]
**Subject:** [External] Fwd: Finland Data Request

See below.

Charlie Javice

**From:** Wims Morris, Leslie <leslie.wimsmorris@chase.com>
**Sent:** Sunday, August 1, 2021 3:12:26 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>
**Subject:** Finland Data Request

CJ249

© 2025 DOAR

# LionTree Was Involved

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

**From:** Charlie Javice [charlie@withfrank.org]
on behalf of Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 8:10:21 PM
**To:** Wims Morris, Leslie [leslie.wimsmorris@chase.com]; Sweeney, Alex [alex.sweeney@chase.com]
**BCC:** Braun, Ben [bbraun@liontree.com]
**Subject:** Draft Internal data counts
**Attachments:** Finland_internaldata_counts.pdf

See below. Happy to chat.

Charlie

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

US

**Data Variable Validation Request Details**

| How many UNIQUE customer accounts exist? | **4,265,085** |
|---|---|
| Of those records, what % include each data field below? | |

| Variable | % Captured | Comments | Count |
|---|---|---|---|
| STUDENT_FIRST_NAME | 100.00% | | 4,265,085 |
| STUDENT_LAST_NAME | 100.00% | | 4,265,085 |
| STUDENT_EMAIL | 100.00% | Provided as Unique ID | 4,265,085 |
| STUDENT_PHONE_NUM | 100.00% | | 4,265,085 |
| STUDENT_HOME_ADDR | 90.21% | Provided as Unique ID | 3,847,533 |
| STUDENT_BIRTHDAY | 90.21% | | 3,847,533 |
| STUDENT_MAJR_INTRST | 48.98% | Data limited due to application addition (added major field in 2019) | 2,088,875 |
| YEAR_OF_SCHOOL | 93.00% | | 3,966,529 |
| DEGREE_LEVEL | 93.00% | | 3,966,529 |
| CITY_OF_HIGH_SCHOOL | 82.99% | | 3,539,731 |
| STUDENT_IS_MARRIED | 81.33% | | 3,468,936 |
| HAS_CHILDREN | 81.33% | | 3,468,936 |
| MILITARY_STATUS | 81.33% | Data limited due to application logic | 3,468,936 |
| PARENT_NUM_CHILDREN_FIN_SUPP | 81.33% | Data limited due to application logic | 3,468,936 |
| STUDENT_COMPLETED_TAX_RETURN | 57.97% | Data limited due to application logic | 2,472,658 |
| STUDENT_EARNINGS_WORKING | 80.52% | Data limited due to application logic | 3,434,247 |
| STUDENT_CASH_ASSETS | 80.52% | | 3,434,247 |
| NET_WORTH_STUDENT_INVESTMENTS | 57.97% | Data limited due to application logic | 2,472,658 |
| IS_US_CITIZEN | **57.39%** | | 2,447,931 |
| STUDENT ADJUSTED GROSS INCOME | 80.52% | | 3,434,247 |
| NUMBER OF SCHOOLS TO SEND FAFSA | 90.21% | | 3,847,533 |
| *STUDENT_HOME_ADDR_APT* | | *Provided as Unique ID ** merged with top data field* | |
| *STUDENT_SPOUSE_EARNINGS_WORKING* | | *Data limited due to application logic ** household adjusted gross income w/ adjusted gross income* | |

GX1140

© 2025 DOAR

# Legal Terms During Synthetic

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

**From:** Charlie Javice [charlie@withfrank.org]
on behalf of Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 10:48:11 PM
**To:** Sweeney, Alex [alex.sweeney@chase.com]
**Subject:** Re: Draft Internal data counts

Hey Alex,

Per my discussion with Leslie, please refer to the data room document 3.1.4 on user breakdown. The data provided for the analysis is coming from FAFSA in progress point of entry. Other products are not included in the scope of this analysis as confirmed OK with Leslie just now. Leslie requested I follow up via email with this information.

Will be wrapping up the next couple hours for axscium (on with lawyers for the leslie workflow at 7pm so may be slightly delayed).

Charlie

GX1203

© 2025 DOAR

# Tried To Claim She Did Her Own Validation

## Alex Sweeney Testimony

Q. But you actually testified that she did her own validation exercise and sent you the results; right?

A. She sent us the results of her analysis, yes.

Q. Now, it doesn't say anything in this e-mail about her doing any validation exercise; right?

A. No, it does not.

Q. It just says: See below. Happy to chat.

Right?

A. Yes.

Trial Tr. 1496:17-25

© 2025 DOAR

# Aug. 4, 2021: Charlie Javice Sends Acxiom Contract Snippet To Sweeney

**From:** Charlie Javice [charlie@withfrank.org]
on behalf of Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 9:31:56 PM
**To:** Sweeney, Alex [alex.sweeney@chase.com]
**Subject:** Re: Acxiom NDA and TPPA Template

Services. Company shall send the following Company Data to Acxiom: up to 4 million records of customer data (no PII) with attribute data. Acxiom will receive the Company Data and validate the coverage of the attribute data. Acxiom shall not combine the Company Data with any other data, including during the validation process. Acxiom will then provide a written report regarding the coverage of the attribute data (**"Report"**) to Company. The Report will not contain any Company Data or PII. Acxiom shall not provide the Report to any third party except upon receipt of Company's express written consent.

From: Matt Toland <Matthew.Toland@acxiom.com>
Sent: Wednesday, August 4, 2021 1:55 PM
To: Rigby, Aaron <arigby@sidley.com>
Cc: Netser, Idan <inetser@sidley.com>; charlie@withfrank.org; Findley, Madeleine V. <MFindley@jenner.com>; DeAngelis, Nick <ndeangelis@sidley.com>
Subject: RE: Acxiom NDA and TPPA Template

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A. JPMC_00662724

P361JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial

New York, N.Y.
March 6, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice

## Alex Sweeney Testimony

Q. Do you recall testifying about this document a little earlier?
A. Yes.
Q. You testified that on this highlighted section, which is the last sentence; correct?
A. Yes.
Q. Did you highlight that section?
A. I did not.
Q. So it is your testimony, sir, that you read the last line but never the first line?
A. Yes.

GX1742-R; Trial Tr. 1501:12-22

© 2025 DOAR

# Aug. 4, 2021: Charlie Javice Sends Full Acxiom Contract To Sweeney

Defensive Play
Mason Young
Data
Fake Validation
ASL List
1388
P361JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
August 4, 2021
Alex Sweeney Testimony
Q. So, it is your testimony, sir, that on the date of the
Acxiom exercise, for this company you are paying $175 million
for, she sends you a copy of the contract and you never even
saw this e-mail?
A. Yes.
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Trial Tr. 1505:23-1506:2

© 2025 DOAR

# He Was All Over The Contract Texting Toland But First Denied It

P361JAV1

1388

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
March 6, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Trial Tr. 1504:10-24

## Alex Sweeney Testimony

Q. Now, as I mentioned, you were all over this contract though, right?

A. No.

Q. You were in fact texting Matt Toland from Acxiom and getting the blow-by-blows in terms of when she received the contract from Acxiom and when she sent it back and everything in between; correct?

A. As I mentioned earlier, I had asked timeline questions so we knew when the contract would be executed and the exercise could actually begin.

Q. My question to you, sir, is you were texting Matt Toland and confirming when the contract was getting to them and when it was being sent back to Charlie and everything in between; right?

A. I asked Matt Toland timeline questions, yes.

© 2025 DOAR

# Sweeney: Legal Terms During Synthetic

**From:** Sweeney, Alex <alex.sweeney@chase.com>
**Sent:** Monday, August 2, 2021 6:40:59 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>; Goodman, Steve W <steve.w.goodman@chase.com>
**Subject:** RE: Data validation requirements

Below is what we discussed on during our call – I've sent around and waiting on feedback so **not** yet final.

Also – did you see docs come thru from Matt at Acxiom? He's told me he sent them over for your Legal's review but want to make sure you got them.

**From:** Charlie Javice <charlie@withfrank.org>
**Sent:** Monday, August 02, 2021 7:36 PM
**To:** Sweeney, Alex (CCB, USA) <alex.sweeney@chase.com>; Goodman, Steve W (CCB, USA) <steve.w.goodman@chase.com>
**Subject:** Re: Data validation requirements

I did! I think lawyers are on it and will revert back with comments .

GX1078

© 2025 DOAR



# The Synthetic Data Files Included PII

| | A | B | C | D |
|---|---|---|---|---|
| 1 | ACXIOM RESULTS | | | |
| 2 | | | | |
| 3 | STUDENT_FIRST_NAME | 4,265,085 | 4,265,085 | 100.00% |
| 4 | STUDENT_LAST_NAME | 4,265,047 | 4,265,085 | 100.00% |
| 5 | STUDENT_EMAIL | 4,265,085 | 4,265,085 | 100.00% |
| 6 | STUDENT_PHONE_NUM | 4,265,085 | 4,265,085 | 100.00% |
| 7 | STUDENT_HOME_ADDR | 3,847,533 | 4,265,085 | 90.21% |
| 8 | | | | |
| 9 | STUDENT_BIRTHDAY | 3,847,533 | 4,265,085 | 90.21% |
| 10 | STUDENT_MAJR_INTRST | 2,088,875 | 4,265,085 | 48.98% |
| 11 | YEAR_OF_SCHOOL | 3,966,529 | 4,265,085 | 93.00% |
| 12 | DEGREE_LEVEL | 3,966,529 | 4,265,085 | 93.00% |
| 13 | CITY_OF_HIGH_SCHOOL | 3,539,731 | 4,265,085 | 82.99% |
| 14 | STUDENT_IS_MARRIED | 3,468,936 | 4,265,085 | 81.33% |
| 15 | HAS_CHILDREN | 3,468,936 | 4,265,085 | 81.33% |
| 16 | MILITARY_STATUS | 3,468,936 | 4,265,085 | 81.33% |
| 17 | PARENT_NUM_CHILDREN_FIN_SUPP | 3,468,936 | 4,265,085 | 81.33% |
| 18 | STUDENT_COMPLETED_TAX_RETURN | 2,472,658 | 4,265,085 | 57.97% |
| 19 | STUDENT_EARNINGS_WORKING | 3,434,247 | 4,265,085 | 80.52% |
| 20 | | | | |
| 21 | STUDENT_CASH_ASSETS | 3,434,247 | 4,265,085 | 80.52% |
| 22 | NET_WORTH_STUDENT_INVESTMENTS | 2,472,658 | 4,265,085 | 57.97% |
| 23 | IS_US_CITIZEN | 2,447,931 | 4,265,085 | 57.39% |
| 24 | STUDENT_ADJUSTED_GROSS_INCOME | 3,434,247 | 4,265,085 | 80.52% |
| 25 | NUM_OF_SCHOOLS_TO_SEND_FAFSA | 3,847,533 | 4,265,085 | 90.21% |
| 26 | | | | |

Data Request | Validation

GX1292-A

© 2025 DOAR

# "Basic Diligence" Is All It Takes To Identify Synthetic Data

P3C5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE, OLIVIER AMAR,

Defendants.
------------------------------x

Before:

HON. ALVIN K. HELL

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney fo
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorney

BAEZ LAW FIRM
Attorneys for Defendant Charlie
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie

QUINN EMANUEL URQUHART & SULLIVAN, LL
Attorneys for Defendant Charlie
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REP
(212) 805-0

## Dr. Adam Kapelner Testimony

Q. When you met with the government, one of the things you told them was that, in your mind, it would be obvious that data was synthetic?

A. I would say it was obvious that it did not correspond to any real person.

THE COURT: How obvious? Why would it be obvious? You wanted to change the similarity of geographical locations between high school and colleges because someone who looked at that and saw the confluences would say, hey, this is not real.

THE WITNESS: Yeah. I'll correct my statement. Look obvious if you did some basic diligence on the rows.

Trial Tr. 2059:12-22

© 2025 DOAR



# Toland Asks For Validation For The First Time

Defensive Play
Mason Young
Data
Fake Validation
ASL List
Matthew Toland Testimony
Q. You asked JPMorgan Chase if they wanted to further validate the data, correct?
A. Yes, sir.
Q. Who was your point of contact over there?
A. It was Alex Sweeney, I believe, at JPMorgan Chase.
Q. Okay. And what did Mr. Sweeney respond as to whether he wanted you to validate the data?
A. He didn't.

Trial Tr. 3167:21-23, 3168:8-12

© 2025 DOAR

# Toland Asks For Validation Again

P301JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE, OLIVIER AMAR,

Defendants.
------------------------------x

Before:

HON. ALVIN K. HELL

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney fo
Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorney

BAEZ LAW FIRM
Attorneys for Defendant Charlie
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie J

QUINN EMANUEL URQUHART & SULLIVAN, LL
Attorneys for Defendant Charlie
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPO
(212) 805-03

## Matthew Toland Testimony

A. I think generally when we do this type of work, we do something different, so the—on the beginning, it was a clarifying. On the back end, it was like, are you sure? So clarifying for the project we were doing; then on the back end, asking, are you sure you don't want us to do anything?

THE WITNESS: The engagement was to take the file from—that Frank provided and determine whether the fields were populated or blank. That was the project. We weren't to do anything else with the data other than that. And so once the

Trial Tr. 3170:11-15, 3168:24-3169:2

© 2025 DOAR

# JPMC Has Its Own Data

## Matthew Toland Testimony

Q. Okay. And approximately how much data per month do you deal with when it comes to JPMorgan Chase?

A. Billions; approximately 2, 3 billion a month.

Q. And when you say billions, that's billions of people?

A. There's duplication amongst them, but yes, they're files from JPMorgan Chase, their partners, suppression files, demographic data, etc., but generally, yes.

Trial Tr. 3163:5-11

© 2025 DOAR

# Leslie Wims Morris And Alex Sweeney Keeping Secrets

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

1388

P361JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
March 6, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Alex Sweeney Testimony

Q. After this was over in March of 2022, you got back involved with Frank when there was discussions about how many marketable users there were. Do you recall that?
A. Yes.
Q. At that point in time you had an e-mail exchange with Leslie Wims Morris where she did not want you to disclose anything about the Acxiom exercise and told you to keep it tight.
Do you recall that?
A. Is there something you are referencing? I don't recall off the top of my head.
Q. Yes.
MR. BAEZ: Let's bring up CJ 0474.
Q. Do you see that this is an e-mail from her to you?
A. Yes.
MR. BAEZ: Let's close that out and let him read it so it may refresh his recollection.
Q. Do you see that where she is asking you to keep it tight?

A. That is what the words say, yes.

Trial Tr. 1512:17-1513:13

© 2025 DOAR

# Pretends To Not Understand Attributes

P361JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v.

23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants.

Jury Trial

------------------------------x

New York, N.Y.
March 6, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Alex Sweeney Testimony

Q. Sir, do you know what attribute data is?

A. I have an understanding, yes.

Q. And that basically means it is information that describes certain characteristics of an individual; correct?

A. That was not my understanding, no.

Q. You understand if a person is a student, that's an attribute?

A. I don't know.

Q. A person's gender is an attribute? Do you know that?

A. I don't know.

Q. Do you know a person's race is an attribute?

A. I don't know.

Trial Tr. 1506:13-25

© 2025 DOAR

# Javice Sent Drakeford (JPMC) "Marketing Attributes"

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

| GX | FILE NAME |
|---|---|
| GX 501 | Frank_Marketing_List.csv |
| GX 502 | Frank_18_134955_Cleaned.csv |
| GX 503 | Frank_18_134955_jpmc.csv |

| GX | FILE NAME |
|---|---|
| GX 504 | Marketing_Attributes_1.csv |
| GX 505 | Marketing_Attributes_2.csv |
| GX 506 | Marketing_Attributes_3.csv |
| GX 507 | Marketing_Attributes_4.csv |
| GX 508 | Marketing_Attributes_5.csv |

2614

P3i5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x
New York, N.Y.
March 18, 2025
10:05 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

## Keona Drakeford Testimony

Q. Even without seeing what is there you know that marketing attribute is different from marketing list; right?

A. Correct.

GX2706; Trial Tr. 2697:5-9

125

© 2025 DOAR

# 3.1.4 Projections

| | | | | | Default Channel Grouping | | | |
|---|---|---|---|---|---|---|---|---|
| *Year* | *Month of the year* | **All New Users** | **Paid Users** | **Non-Paid Users** | **(Other)** | **Direct** | **Display** | **E** |
| | 11 | 74,031 | 20 | 74,011 | 2,605 | 7,558 | | |
| | 12 | 63,513 | 1,045 | 62,468 | 1,429 | 5,020 | 292 | |
| **2021** | 1 | 88,236 | 10,165 | 78,071 | 1,322 | 4,074 | 6,490 | |
| | 2 | 57,564 | 4,137 | 53,427 | 496 | 3,089 | 3,679 | |
| | 3 | 65,109 | 951 | 64,158 | 480 | 6,192 | 13 | 2, |
| | 4 | 103,823 | 38,869 | 64,954 | 1,169 | 7,863 | 9,384 | 1, |
| | 5 | 128,467 | 66,329 | 62,138 | 3,551 | 7,275 | 42,481 | 1, |
| | *6* | *94,679* | 40,768 | 53,911 | *2,299* | *6,194* | *10,396* | *1,* |
| ***Projections*** | *7* | *214,466* | *24,000* | *190,466* | | | | |
| | *8* | *205,856* | *40,000* | *165,856* | | | | |
| | *9* | *345,782* | *80,000* | *265,782* | | | | |
| | *10* | *930,000* | *130,000* | *800,000* | | | | |
| | *11* | *700,000* | *100,000* | *600,000* | | | | |
| | *12* | *310,000* | *60,000* | *250,000* | | | | |
| | **Grand Total to Date** | **5,424,449** | **2,334,184** | **3,090,265** | 96,914 | 690,152 | 148,611 | 42, |
| | *2021 Projections* | 8,130,553 | 2,768,184 | 5,362,369 | | | | |

*Notes*

2021 Non-Paid is dependent on SLM, Instride, ACT, Wiley accounts. Pipeline is Addiditive As Contracts Come In. Product mix is based on partner campaigns that are sche

2021 Paid spend is classfinder in Q1 of 2021 testing. Classfinder accounts created upon credit card entry. This is a different CACs to optimize learnings and not Frank acco

2019 - Q1 2020 Spend is to optimize for different segments around college recommendations (nursing students only above the age of 23 for example)

2017 - Jan 2018 Burst testing to test the scale, paid marketing costs at scale, positioning & brand building as we invested in content that has a return 12+months later

2020 - accounts added accross products

Channel & Product breakdown

GX3.1.4

© 2025 DOAR



# Frank Initially Asked For 10 Million Students

Defensive Play
Mason Young
Data
Fake Validation
ASL List
1195
P355jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
CHARLIE JAVICE, OLIVIER AMAR,
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Steven Stolls Testimony
Q. So it is correct that they made an initial request of 10 million records.
A. Appears that way, yes.

Trial Tr. 1322:17-19

127

© 2025 DOAR

# Frank Initially Asked For 10 Million Students

Defensive Play | Mason Young | Data | Fake Validation | ASL List

**From:** Denise Lyn[IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-DLYN@namprd15.prod.outlook.com]
**Sent:** Mon 8/2/2021 3:31:28 PM Coordinated Universal Time
**To:** Steve Stolls[sstolls@aslmarketing.com]
**Sent on behalf of:** Denise Lyn <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-DLYN@namprd15.prod.outlook.com>
**Subject:** Withfrank.org- College Market

I just got off the phone with the prospect; he is in the college market.

https://withfrank.org/

He has a house file that he wants to append (augment data to). The second part is postal mailing.

He is looking for 10MM records and would like a call.

He is looking to move very "quickly" on this and would like a call today.

Are you available today for a call?

Confidential
CONFIDENTIAL

ASL_00000002
USAO_Rel_000388305

GX2302

© 2025 DOAR

# Got Clearance From Board & Good For Marketing

**From:** Olivier Amar <olivier@withfrank.org>
**Sent:** Monday, August 2, 2021 6:22:06 PM
**To:** Charlie Javice [redacted]
**Subject:** Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

Would love this for Marketing Automation to boost our lists to market scholarships and class finder.

Nice!

**From:** Charlie Javice [redacted]
on behalf of Charlie Javice
**Sent:** 8/2/2021 10:30:13 PM
**To:** Olivier Amar [olivier@withfrank.org]
**Subject:** Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

I'm on it!! Let me get board approval and will be awesome

GX1577

© 2025 DOAR

# Get Clearance From Board

**August 2-3, 2021**

| Timestamp | Sender | Message |
|---|---|---|
| 8/2/2021 10:05:06 PM(UTC+0) | .whatsapp.net Olivier Amar | spoke to ASL |
| 8/2/2021 10:05:10 PM(UTC+0) | .whatsapp.net Olivier Amar | call me when you get a minute |
| 8/2/2021 10:58:50 PM(UTC+0) | .whatsapp.net Olivier Amar | Sallie asked us to fill in the X: Frank is working with X number of schools to promote your FAFSA experience. Both as a talking point to increase |
| 8/2/2021 10:59:29 PM(UTC+0) | .whatsapp.net Olivier Amar | I told her we work with tens of schools but that most are under NDA |
| 8/2/2021 11:35:09 PM(UTC+0) | .whatsapp.net Charlie Javice | Great. Thanks for handling |
| 8/2/2021 11:36:34 PM(UTC+0) | .whatsapp.net Olivier Amar | Yeah, but how many schools should I tell her she can quote? |
| 8/2/2021 11:37:04 PM(UTC+0) | .whatsapp.net Charlie Javice | Whatever u want |
| 8/2/2021 11:40:22 PM(UTC+0) | .whatsapp.net Olivier Amar | X |
| 8/3/2021 12:46:57 PM(UTC+0) | .whatsapp.net Charlie Javice | Where are we with ASL? |
| 8/3/2021 12:48:25 PM(UTC+0) | .whatsapp.net Charlie Javice | Michael signed off |

**August 3, 2021**

| Timestamp | Sender | Message |
|---|---|---|
| 8/3/2021 4:06:51 PM(UTC+0) | .whatsapp.net Charlie Javice | no credit card |
| 8/3/2021 4:06:58 PM(UTC+0) | .whatsapp.net Charlie Javice | she said over the phone |
| 8/3/2021 4:07:00 PM(UTC+0) | .whatsapp.net Charlie Javice | go |
| 8/3/2021 4:07:16 PM(UTC+0) | .whatsapp.net Olivier Amar | Easier through Paypal |
| 8/3/2021 4:07:19 PM(UTC+0) | .whatsapp.net Olivier Amar | I'll do it now |
| 8/3/2021 4:07:58 PM(UTC+0) | .whatsapp.net Olivier Amar | which email do you want me to use for the invoicing? The original PO had your gmail |
| 8/3/2021 4:11:27 PM(UTC+0) | .whatsapp.net Charlie Javice | I want it through a card |
| 8/3/2021 4:11:36 PM(UTC+0) | .whatsapp.net Olivier Amar | It will be the card |
| 8/3/2021 4:11:45 PM(UTC+0) | .whatsapp.net Charlie Javice | I need the data today |
| 8/3/2021 4:11:47 PM(UTC+0) | .whatsapp.net Olivier Amar | but I need to confirm the email |

**August 2-3, 2021**

| Timestamp | Sender | Message |
|---|---|---|
| 8/3/2021 12:46:57 PM(UTC+0) | s.whatsapp.net Charlie Javice | Where are we with ASL? |
| 8/3/2021 12:48:25 PM(UTC+0) | s.whatsapp.net Charlie Javice | Michael signed off |

**August 3, 2021**

| Timestamp | Sender | Message |
|---|---|---|
| 8/3/2021 4:22:50 PM(UTC+0) | s.whatsapp.net Charlie Javice | On with Michael and [another] and they both said buy it and move quick |
| 8/3/2021 4:34:39 PM(UTC+0) | s.whatsapp.net Olivier Amar | I have the 3m at 5 cents |
| 8/3/2021 4:34:53 PM(UTC+0) | s.whatsapp.net Olivier Amar | so 150K |
| 8/3/2021 4:35:04 PM(UTC+0) | s.whatsapp.net Charlie Javice | Do it |

GX801-06; GX801-09

© 2025 DOAR

# Discussion With Wong: Bought List Would Not Work

Jennifer Zeitler Testimony
THE COURT: Tell us, with whom did you have this discussion?
THE WITNESS: Jen Wong.
THE WITNESS: Okay. I told her it was bad email practice to buy lists and send it out to people who weren't expecting it, that we just stick with the list of people that we got organically, that actually opted into our emails.

Trial Tr. 3092:24-3093:1; 3093:7-10

© 2025 DOAR

# Email Campaign With ASL List Not Recommended

P341JAV1

1024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
March 4, 2025
10:00 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Jennifer Wong Testimony

Q. After discussing with Ms. Zeitler, did you discuss the email campaign again with Mr. Amar?

A. Yes.

Q. And did you discuss Ms. Zeitler's views on the email campaign, with Mr. Amar?

THE COURT: Did you tell Mr. Amar what Ms. Zeitler said to you?

THE WITNESS: I don't remember reciting it exactly about what her view was, but—

THE COURT: In substance.

THE WITNESS: In substance, we were worried about the performance or the results of a marketing campaign.

BY MR. FERGENSON:

Q. And why were you worried about the performance or the results?

A. Usually when we email users that have not signed up for—have not given their emails to us, they're generally less receptive to opening those emails.

Trial Tr. 1053:9-1054:1

© 2025 DOAR

Frank Was Preparing For A Potential Email Campaign
Defensive Play
Mason Young
Data
Fake Validation
ASL List
Jen Wong Testimony
Q. Now did there come a time when Mr. Amar discussed a marketing campaign using third-party data with you?
A. Yes.
Q. And approximately when was that?
A. Summer 2021.
Q. And Ms. Wong, what ultimately happened with this proposed email campaign using third-party data?
A. We didn't do it.
Trial Tr. 1049:19-23, 1054:2-4

© 2025 DOAR



Email Campaign Never Mentioned Frank
Defensive Play
Mason Young
Data
Fake Validation
ASL List
2349
P3H1JAV1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
v.
23 Cr. 251 (AKH)
Ryan MacDonald Testimony
Q. Now, in terms of this email campaign, to go back to this one, the two emails that are depicted here, they don't mention Frank, do they?
A. They don't.
Attorney for Defendant Charlie Javice
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Trial Tr. 2436:19-22

© 2025 DOAR

# JPMC's Pretextual Summer 2022 Email Blast/Campaign

Defensive Play | Mason Young | Data | Fake Validation | **ASL List**

2920

P3K5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x
New York, N.Y.
March 20, 2025
10:15 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Jennifer Zeitler Testimony

Q. Now, the e-mail blast, did it have Frank anywhere on the e-mail blast?
A. It didn't.
Q. So these were people receiving cold e-mails from JPMorgan Chase only?
A. Yes.

Q. And the content of the email was selling Chase products, right?
A. Correct.
Q. Now you'd expect higher rates around the board if you had sent it from your Frank email list, correct?
A. Yes.

THE COURT: Why do you say that?
THE WITNESS: Because they had opted into our emails. They would have expected to see something from us.

Trial Tr. 3083:17-22, 3089: 9-18

© 2025 DOAR



Cold Email Lowers Your Sender Score And They Go To Spam
Defensive Play
Mason Young
Data
Fake Validation
ASL List
2920
P3K5jav1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,
Jenny Zeitler Testimony
A. Because they're not asking for the e-mail.
So, if you send a lot of e-mails like that, popularly known as spam, then your sender score goes down and then less e-mails get out or to get to the intended people that actually want your e-mails.
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Trial Tr. 3083:7-11

© 2025 DOAR

# Frank Purchased Data In March 2020

Defensive Play | Mason Young | Data | Fake Validation | ASL List

1440 W. Taylor Street, #402
Chicago, IL 60607

**Quote + Purchase Order List Rental**

| | | | |
|---|---|---|---|
| Sales Contact: | Donald Harger | Insertion Order Number: | 1119586 |
| Sales Email: | dharger@exactdata.com | Client Order Number: | |
| Contract Date: | March 13, 2020 | Delivery Date: | March 20, 2020 |

By signing below the parties hereby agree to the Terms & Conditions on this Insertion

ExactData000001
USAO_00032123

GX2025

137

© 2025 DOAR

# JPMC Was Aware Of And Paid For The ASL List

Defensive Play | Mason Young | Data | Fake Validation | **ASL List**

## GX2330

**ASL marketing**

ASL Order Number: 703-2021
Date issued: AUGUST 4, 2021

**Data Rental Agreement**

| Client Contact Info | |
|---|---|
| Customer Name | WITHFRANK.ORG |
| Primary Contact | OLIVIER AMAR |
| Phone | [redacted] |
| E-mail | olivier@withfrank.org |

| ASL Marketing Contact Info | |
|---|---|
| ASL Accounting Contact | Sue Maguire |
| ASL Sales Rep | DENISE LYN |
| Phone | 516.248.6100 |
| E-mail | dlyn@aslmarketing.com |

| | |
|---|---|
| Billing Contact | OLIVIER AMAR |
| Customer | WITHFRANK.ORG |
| Billing Address | 12 EAST 49TH STREET - 11TH FLOOR |
| Address | [redacted] |
| Phone | |
| Fax | |
| Billing E-mail | olivier@withfrank.org |

| Campaign/Mail Dates | Description | Notes | Quantity | Price per unit | Total Cost |
|---|---|---|---|---|---|
| INTERNAL USE | Postal Addresses | | 2,399,511 | | $105,000.00 |
| | Email Addresses | | 2,460,489 | | |
| | Class Years: ALL | | | | |
| | File Years: 2017 - 2021 | | | | |

**Total Cost**
**$105,000.00**

Notes:

Payment Terms: CREDIT CARD

Data Rental Terms and Conditions:

**List Rental Terms and Conditions:** Due to the confidential nature of the student information to be provided to you by ASL Marketing, unless otherwise agreed by ASL in writing, the authorized use of the data and any information contained therein is limited to the specific Customer named above. Customer warrants that such use shall conform to all applicable privacy protection guidelines, all federal, state and local laws, statutes, rules, regulations**(including, with limitation, the CAN-SPAM Act, the Do-Not-Call Registry under the FTC's Telemarketing Sales Rule and The Telephone Consumer Protection Act),** and shall be completely ethical and in good taste. In the event Customer fails to use data within sixty (60) days after delivery, there shall be a separate charge for any data refresh, rerun, update, or change thereafter requested by Customer. All fees must be paid according to the terms set forth above in this document. ASL does not and will not warrant that the names, addresses, and e-mail addresses of individuals contained in its data are not contained on any lists of consumers or persons who do not wish to receive e-mail communications or direct mail offers. The cumulative liability of ASL to Customer for losses relating to or arising in connection with these terms or data provided hereunder shall be limited to the fees actually paid to ASL by Customer. ASL disclaims all representations and warranties of any kind or nature, express or implied, arising out of or related to these terms or to data provided hereunder, including without limitation, any warranties regarding quality, correctness, completeness, suitability, fitness for a particular purpose, or otherwise, each of which is hereby expressly excluded by agreement of the parties. These terms supersede any different terms in Customer's Purchase Order. The signature at the bottom of this form indicates acceptance of the ASL data rental terms and conditions and constitutes Customer's representation and warranty.

ASL Marketing — Signature / DATE — Print Name / Title

Client's Signature — Signature / DATE — Print Name / Title

## CJ2171

| Payor | Payee | Payment Instructions (Banking/Wire Information) | Amount | Note |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Acquiom Financial LLC | Routing Number: 021001088<br>Account Number: 965000184<br>Account Title: Acquiom Financial LLC Special Account for the Exclusive Benefit of Acquiom Financial LLC Customers<br>Additional Information: 500602 - JPMorgan Chase, National Association FBO TAPD, Inc. Paying Account<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 141,958,799.67 | *For further distribution to stockholders, warrantholders, non-employee optionholders, and non-employee Selling Expense recipients* |
| JPMorgan Chase Bank, N.A. | Acquiom Clearinghouse LLC | Escrow account title: Project Frontier Seller Holdback Escrow<br>Account Number: 953030563<br>Routing Number: 022000020<br>ABA Number: 021001088<br>SWIFT Code: MRMDUS33<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 3,000,000.00 | *Seller Holdback Escrow Amount* |
| JPMorgan Chase Bank, N.A. | Acquiom Clearinghouse LLC | Escrow account title: Project Frontier Purchase Price Escrow<br>Account Number: 953030407<br>Routing Number: 022000020<br>ABA Number: 021001088<br>SWIFT Code: MRMDUS33<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 350,000.00 | *Purchase Price Escrow Amount* |
| JPMorgan Chase Bank, N.A. | Shareholder Representative Services LLC | Zions Bancorporation NA DBA Vectra Bank<br>2000 S. Colorado Blvd. Suite 2-1200 Denver CO. 80222<br>Routing (ABA) Number: 102003154<br>Account Number: 5796610557<br>Account Title: Shareholder Representative Services LLC FBO SRS Clients<br>SWIFT Code: ZFNBUS55<br>Callback Information: Tom Gipson – (720.391.7698) and Valerie Palmer (or Jim Davies) – (415.263.9018) | $ 250,000.00 | *Expense Fund* |
| JPMorgan Chase Bank, N.A. | TAPD, Inc. | Account Number: 3302834697<br>Account Title: TAPD Inc.<br>Bank Name: SIL VLY BK SJ<br>Bank Address: 3003 Tasman Drive, Santa Clara, CA, 95054<br>ABA: 121140399<br>Callback Information: Matt Glazer (516.662.0459) and Charlie Javice (914.575.9314) | $ 21,305,015.91 | *For further distribution to employee optionholders and employee Selling Expense recipients, as well as employer portion of payroll taxes* |
| JPMorgan Chase Bank, N.A. | Silicon Valley Bank | Silicon Valley Bank<br>3003 Tasman Drive Santa Clara, CA 95054<br>ABA Routing No. 121140399 | [illegible] | [illegible] |
| | | Reconciling Items: | $ (770,519.96) | *Cash Assumed* |
| | | | | |
| | | | $ 105,000.00 | *AMEX Card Indebtedness* |
| | | Total Difference | | |

**$ 105,000.00** *AMEX Card Indebtedness*

GX2330; CJ2171

© 2025 DOAR

# JPMC Promises Not Kept & Charlie Javice's Data Strategy

Defensive Play | Mason Young | Data | Fake Validation | **ASL List**

From: Macdonald, Ryan S (CCB, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2A6957FB72644CBBB2EB8E2D3A6AFC1-P002594]
Sent: 1/11/2022 1:47:10 PM
To: Javice, Charlie (CCB, USA) [charlie.javice@chase.com]; Reichert, Kelley A (CCB, USA) [kelley.a.reichert@jpmchase.com]

**From:** Javice, Charlie (CCB, USA) <charlie.javice@chase.com>
**Sent:** Monday, January 10, 2022 8:09:10 PM
**To:** Macdonald, Ryan S (CCB, USA) <ryan.s.macdonald@jpmorgan.com>; Reichert, Kelley A (CCB, USA) <kelley.a.reichert@jpmchase.com>
**Cc:** Hansen, Lorraine C (CCB, USA) <lorraine.c.hansen@jpmorgan.com>; Biondi, Jane O (CCB, USA) <jane.o.biondi@chase.com>; Troutman, Jameson (CCB, USA) <jameson.troutman@chase.com>; Cotter, Logan M (CCB, USA) <logan.m.cotter@jpmchase.com>; Campanelli, Marcia D (CCB, USA) <marcia.d.campanelli@chase.com>; Seideman, Neil (CCB, USA) <neil.seideman@chase.com>; Gromada, Matt (CCB, USA) <matt.gromada@chase.com>; Adelsberg, Jay (CCB, USA) <jay.adelsberg@chase.com>; Divilek, Sonali (CCB, USA) <sonali.divilek@chase.com>
**Subject:** RE: Following up with marketing assumptions

Thanks Ryan!

Question 1: I do not think partners take issue but they do want to be clearly informed with key strategic decisions so they can evaluate the ask accordingly. That said, I do not think a "bait and switch" of selling students financial aid help with frank and then marketing chase financial products will work. This is why we developed an integrated chase student strategy which I do think works for everyone and puts students first.

Will try the best I can over email recap below...

On 1: we cannot test a "bad" ad experience with partner channels. the model is that colleges and SLM are currently paying us to use our Frank service. If we monetize on top of that without informing them or offering them anything, I would be really surprised that they continue to send us traffic. The premium / free works if you are charging a student something or an institution a large amount and you tell them you are waving or highly discounting the fee to not get ads. We would need to ask the partner their appetite for fundamental visible change to the student experience they have on their college app. Chase contractually can use the data (hence integrated approach and no ads recommendation). Please note and all can terminate other then SLM at no cost.

For more context on what colleges expect for a "bad" experience with ads for checking accounts and price: the benchmark as I'm sure you've seen the college RFPs, colleges partner with one select checking account partner and charge $50-$100 a student on enrollment size. This is why we believe an integrated approach would work and have socialized so we don't need to pay a college. We could make the product free powered by Chase or whatever brand we decide while sharing the data with Chase. Ads get complicated given the traditional referral bonus and happy to share

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
JPMC_0000067
USAO_Rel_00002141

**Frank Data Strategy:**

1. **Local Search:** Frank can leverage Chase physical branch locations to win the local financial aid search and top page search ranking driving millions more families to Frank/Chase digital assets. Frank will now have a "location" in every community and campus.
2. **Remarketing & Audience Building:** Frank can segment data to target any new customer segments at a micro level. From zipcodes to degree types to specific colleges and families who are homeowners, Frank can build audiences which will lower the cost of acquiring Chase customers by up to 60% in the next 18 months.
3. **Content Marketing & SEO:** Frank will supercharge content and create content at a level that outpaces nerdwallet and the government combined with 500-1,000 pieces of video, guides, articles and posts a month to be located on both Chase and Frank. With the site authority of both entities, Frank will outrank both nerdwallet, credit karma and bankrate for financial content within 18-24 months.
4. **Increase Account Openings:** Frank's products appeal to high school and college students. From FAFSA, Frank users can automatically open checking and card accounts by opt-in of financial disclosures. This eliminates major application drop offs and opens a new channel to market to.
5. **Targeted Product Recommendations:** Frank can pre-qualify customers based on FAFSA data to show relevant products by segment optimizing product conversation and approval rates

Confidential
USAO_Rel_002239671

GX1016; OA251

© 2025 DOAR

# No One Robs The Bank And Then Puts The Money Back In The SAME Bank

CHARLIE HANNAH JAVICE

For the Period 9/10/21 to 9/30/21

## Private Client Savings

| Savings Account Summary | Amount |
|---|---|
| **Beginning Balance** | 0.00 |
| Deposits & Credits | 9,123,678.03 |
| **Ending Balance** | **$9,123,678.03** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period* | 0.05% |
| Interest Paid This Period | $145.23 |
| Interest Paid Year-to-Date | $145.23 |

**Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

### Transaction Detail

| Date | Description | Deposits & Credits | Transfers & Withdrawals | Balance |
|---|---|---|---|---|
| **09/10** | **Beginning Balance** | | | **$0.00** |
| 09/17 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Acquiom Financial LLC Nver CO US Ref: Nbnf=Charlie Hannah Javice Miami Beach FL 33139-6749 US/Ac-00000003375 9 Org=/965000184 Nver CO US Obi=/Ro C/11506927 For Equity Held IN Tapd Inc. Acquired By JPMorgan Chase Nat Ional Association Bbi=/Chgs/USD0,00/ Ssn: 0410952 Trn: 0901430260Fc | 2,143,707.81 | | 2,143,707.81 |
| 09/20 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Acquiom Financial LLC Nver CO US Ref: Nbnf=Charlie Hannah Javice Miami Beach FL 33139-6749 US/Ac-00000003375 9 Org=/965000184 Nver CO US Obi=/Ro C/11514856 For Equity Held IN Tapd Inc. Acquired By JPMorgan Chase Nat Ional Association Bbi=/Chgs/USD0,00/ Ssn: 0413013 Trn: 0894130263Fc | 6,979,824.99 | | 9,123,532.80 |
| 09/30 | Interest Payment | 145.23 | | 9,123,678.03 |
| **09/30** | **Ending Balance** | | | **$9,123,678.03** |
| **Total** | | **$9,123,678.03** | **($0.00)** | |

*Your Private Client Savings account earned a preferred interest rate this statement period, as a result of your maintaining a qualifying Private Client Checking Plus account. Please contact your J.P. Morgan service team to learn more.*

J.P.Morgan

Page 4 of 6

J.P.Morgan

CHARLIE JAVICE 2021
IRREVOCABLE TRUST 2
CHARLIE JAVICE TRUSTEE

For the Period 9/10/21 to 9/30/21

## Private Client Savings

| Savings Account Summary | Amount |
|---|---|
| **Beginning Balance** | 0.00 |
| Deposits & Credits | 12,285,700.24 |
| Payments & Transfers | (5,277,844.90) |
| **Ending Balance** | **$7,007,855.34** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period* | 0.06% |
| Interest Paid This Period | $103.06 |
| Interest Paid Year-to-Date | $103.06 |

**Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

### Transaction Detail

| Date | Description | Deposits & Credits | Transfers & Withdrawals | Balance |
|---|---|---|---|---|
| **09/10** | **Beginning Balance** | | | **$0.00** |
| 09/22 | Trinet Hr Corpor Payroll 0000Xxxxx11 PPD ID: 6481304650 | 6,999,999.96 | | 6,999,999.96 |
| 09/22 | Trinet Hr Corpor Payroll 0000Xxxxx11 PPD ID: 6481304650 | 4,700,000.11 | | 11,700,000.07 |
| 09/22 | Trinet Hr Corpor Payroll 0000Xxxxx11 PPD ID: 6481304650 | 577,844.79 | | 12,277,844.86 |
| 09/23 | 09/23 Transfer of Funds From 3Xxxxx7714 To 7Xxxx6684 | | 577,844.79 | 11,700,000.07 |
| 09/23 | 09/23 Transfer of Funds From 3Xxxxx7714 To 7Xxxx5678 | | 4,700,000.11 | 6,999,999.96 |
| 09/30 | Trinet Hr Corpor Payroll 0000Xxxxx11 PPD ID: 6481304650 | 7,752.32 | | 7,007,752.28 |
| 09/30 | Interest Payment | 103.06 | | 7,007,855.34 |
| **09/30** | **Ending Balance** | | | **$7,007,855.34** |
| **Total** | | **$12,285,700.24** | **($5,277,844.90)** | |

*Your Private Client Savings account earned a preferred interest rate this statement period, as a result of your maintaining a qualifying Private Client Checking Plus account. Please contact your J.P. Morgan service team to learn more.*

J.P.Morgan

Page 4 of 6

GX2122-2; GX2124-1

© 2025 DOAR

On Fri, Jun 25, 2021 at 12:27 PM Koskovolis, Luke <LKoskovolis@liontree.com> wrote:

Hi all – see below for an initial list. Let me know if any questions

- User data
  - Paid vs. Non-paid graphs – LT to create
  - June 2021 FAFSA data
  - Further pathway data on users listed in the current draft
- Impressions
  - I know you all are working on the traffic data we discussed yesterday
  - Is the 3.3mm impressions number Olivier quoted something we can get on a monthly or quarterly basis and upload to the VDR? Think that would be good to follow up with since we mentioned it in whatever form we can produce it
- SEO data
  - Anything we can add here to be responsive to what Olivier walked Daniel through on what SEO terms we appear on?
- Any other pdfs we have that we have screenshared the last few days would be great to upload

GX3017

© 2025 DOAR

# Leslie Wims Morris And Alex Sweeney Keeping Secrets

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

P361JAV1

1388

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

v. 23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

Defendants. Jury Trial
------------------------------x

New York, N.Y.
March 6, 2025
10:20 a.m.

Before:

HON. ALVIN K. HELLERSTEIN,

District Judge

APPEARANCES

MATTHEW PODOLSKY
Acting United States Attorney for the Southern District of New York
BY: MICAH F. FERGENSON
RUSHMI BHASKARAN
GEORGIA V. KOSTOPOULOS
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorneys

BAEZ LAW FIRM
Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
ERICA PERDOMO
EOIN BEIRNE
KIRSTEN NELSON

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## Alex Sweeney Testimony

Q. After this was over in March of 2022, you got back involved with Frank when there was discussions about how many marketable users there were. Do you recall that?
A. Yes.
Q. At that point in time you had an e-mail exchange with Leslie Wims Morris where she did not want you to disclose anything about the Acxiom exercise and told you to keep it tight.
Do you recall that?
A. Is there something you are referencing? I don't recall off the top of my head.
Q. Yes.
MR. BAEZ: Let's bring up CJ 0474.
Q. Do you see that this is an e-mail from her to you?
A. Yes.
MR. BAEZ: Let's close that out and let him read it so it may refresh his recollection.
Q. Do you see that where she is asking you to keep it tight?

A. That is what the words say, yes.

Trial Tr. 1512:17-1513:13

© 2025 DOAR