# EXHIBIT C

## PART 3 OF 3

# The Truth



First Call

**August 1** 12:30 PM Google Hangout

Javice sends Vovor synthetic data article

Fourth Call

**August 2** 12:15 PM Google Hangout

# No Conspiracy: August 1-2
## There Were Two Additional 1-on-1 Calls Before Aug. 2 Google Hangout



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|-------------------|-------------------|------|------|-----|---------|
| 4600 | 08/01/21 | 2:55 PM ET | 0:08 | 9:02 | 9314 | 0041 | APPLE IPHONEXS | | MO | [Wi-Fi] |
| 4624 | 08/02/21 | 7:34 AM ET | 0:17 | 12:20 | 9314 | 0041 | APPLE IPHONEXS | | MO | [VCORR] |

GOVERNMENT EXHIBIT 902
S1 23 Cr. 251 (AKH)

131

# The Truth



First Call — **August 1** 12:30 PM Google Hangout

Second Call — **August 1** 2:55 PM call

Third Call — **August 2** 7:34 AM call

Javice sends Vovor synthetic data article

Fourth Call — **August 2** 12:15 PM Google Hangout

# No Conspiracy: August 1-2
## Mr. Vovor Actually Viewed visitors-geo on Aug. 1

**DIRECT EXAMINATION**



**Peter Manning**
Managing Director



Q. Mr. Manning, what action took place, according to this metadata, at . . . 12:53:33 Eastern time?

A. . . . it's viewed by GAIA ID ending in 582, at the time on August 1, 2021, 12:53:33 Eastern Standard Time.

Q. And the GAIA ID ending in 582, is that the one associated with patrick@withfrank.org?

A. That's correct.

Q. So does this mean on August 1, 2021, . . . patrick@withfrank.org viewed the document Visitors-Geo at 12:53:33 p.m. [ET]?

*      *      *

A. Yes, that's correct, viewed this document. That was the action by that user, patrick@withfrank.org.



**DEFENDANT'S EXHIBIT OA 1514**
S1 23 Cr. 251 (AKH)

**March 24, 2025 Trial Tr. 3286:15-3287:14**

133

# The Truth



First Call — **August 1** | 12:30 PM Google Hangout

**August 1** | 12:53 PM viewed "visitors-geo": GXG 116, DX OA 1514

Vovor viewed "visitors-geo" Aug 1

Second Call — **August 1** | 2:55 PM call

Third Call — **August 2** | 7:34 AM call

Javice sends Vovor synthetic data article

Fourth Call — **August 2** | 12:15 PM Google Hangout

Vovor claims he saw "visitors-geo" for the first time when Amar screenshares Aug 2

134

# No Conspiracy – August 1-2
## No One Viewed "visitors-geo" on Aug. 2

### VOVOR'S STORY

THE COURT: Do you remember seeing this document [GXG 116] at around the time that you received Ms. Javice's memorandum?

THE WITNESS: I recall seeing this document only on August 2nd.

THE COURT: So your testimony is you did not open this link on the 1st?

THE WITNESS: I don't recall opening it on the 1st.



CROSS EXAMINATION

**Patrick Vovor**
Director of Engineering

**FRANK.**

### THE TRUTH

There is no metadata [DX OA 1514] to suggest the "visitors-geo" document [GXG 116] was opened by anyone on August 2.

March 10, 2025, Trial Tr.1705:21-1706:2

135

# The Truth



# No Conspiracy: August 1-2
## Mr. Vovor Actually Viewed data_request on Aug. 1 During the Call with Ms. Javice



# The Truth



First Call — **August 1** 12:30 PM Google Hangout

**August 1** 12:53 PM viewed "visitors-geo": GXG 116, DX OA 1514

**August 1** 12:56 PM viewed "data_request" : GXG507, GXG506

Second Call — **August 1** 2:55 PM call

Third Call — **August 2** 7:34 AM call

Fourth Call — **August 2** 12:15 PM Google Hangout

Vovor viewed "visitors-geo" Aug 1

Vovor viewed "data_request" Aug 1

Javice sends Vovor synthetic data article

Vovor claims he saw "data_request" for the first time when Amar screenshares Aug 2

138

# No Conspiracy: August 1-2
## Ms. Javice Asked Mr. Vovor to Pull Data Before Aug. 2 Call



CROSS EXAMINATION

Patrick Vovor
Director of Engineering

F R A N K .

Q.   Does this refresh your recollection that Ms. Javice, before the call, asked you to provide access to customer data so that she could do an analysis?

*          *          *

A.   Yes.

*          *          *

Q.   So that would be 11:45, before the call.

A.   Okay.

Q.   So does that refresh your recollection that in fact Ms. Javice had asked you to pull the data before the August 2nd call?

*          *          *

A.   Yes.

**March 11, 2025 Trial Tr. 1786:19−1787:13**

139

# The Truth



First Call — **August 1**  12:30 PM Google Hangout

Vovor viewed "visitors-geo" tab Aug 1

**August 1**  12:53 PM viewed "visitors-geo": GXG 116, DX OA 1514

**August 1**  12:56 PM viewed "data_request" : GXG507, GXG506

Second Call — **August 1**  2:55 PM call

Vovor viewed "data_request" tab Aug 1

Third Call — **August 2**  7:34 AM call

Javice sends Vovor synthetic data article

**August 2**  11:45 a.m. Javice Data Request: Tr. 1786:19-24

Fourth Call — **August 2**  12:15 PM Google Hangout

Javice and Amar request data from Vovor after 12:15 meeting

140

# No Conspiracy – August 1-2
## Mr. Vovor Messaged Ms. Wong About Feeling "Not Good" Before Aug. 2 Call



**CROSS EXAMINATION**

**Patrick Vovor**
Director of Engineering

**F R A N K .**

Q.      After you had your first call with Ms. Javice on August 1 at 12:30, fair to say you were already feeling uncomfortable with the request that she made of you?

A.      Correct.

Q.      And, in fact, you reached out to Ms. Wong on WhatsApp the following morning on August 2, did you not?

A.      Correct.

                        *       *       *

Q.      Do you recall, sir, that what you told Ms. Wong before you switched over to Signal was that you really don't feel good since yesterday?

A.      Yes.

**March 10, 2025 Trial Tr. 1737:20–1738:1; 1762:3-6**

141

# The Truth



**First Call** — August 1 — 12:30 PM Google Hangout

Vovor viewed "visitors-geo" tab Aug 1

August 1 — 12:53 PM viewed "visitors-geo": GXG 116, DX OA 1514

August 1 — 12:56 PM viewed "data_request" : GXG507, GXG506

**Second Call** — August 1 — 2:55 PM call

Vovor viewed "data_request" tab Aug 1

**Third Call** — August 2 — 7:34 AM call

Javice sends Vovor synthetic data article

August 2 — 10:59 a.m. WhatsApp messages to Jen Wong: Tr. 1762:3-6

August 2 — 11:45 a.m. Javice Data Request: Tr. 1786:19-24

"really don't feel good since yesterday"

**Fourth Call** — August 2 — 12:15 PM Google Hangout

No one viewed "visitors-geo" on Aug 2

142

# The Truth

First Call — August 1 — 12:30 PM Google Hangout

Vovor viewed “visitors-geo” tab Aug 1

August 1 — 12:53 PM viewed “visitors-geo”: GXG 116, DX OA 1514

August 1 — 12:56 PM viewed “data_request” : GXG507, GXG506

Vovor viewed “data_request” tab Aug 1

Second Call — August 1 — 2:55 PM call

Third Call — August 2 — 7:34 AM call

Javice sends Vovor synthetic data article

August 2 — 10:59 a.m. WhatsApp messages to Jen Wong: Tr. 1762:3-6

“really don’t feel good since yesterday”

August 2 — 11:45 a.m. Javice Data Request: Tr. 1786:19-24

Fourth Call — August 2 — 12:15 PM Google Hangout

No one viewed “visitors-geo” on Aug 2



# No Conspiracy: August 1-2
## Mr. Vovor Repeatedly Said <u>Only He and Ms. Javice Were on the Aug. 1 Call</u>



**Patrick Vovor**
Director of
Engineering

**FRANK.**

Mr. Vovor testified ***7 times*** that only he and Ms. Javice were on the August 1 12:30 PM ET call.

Tr. 1528:20-25, 1545:5-15, 1689:5-6, 1689:21-24; 1702:17-22; 1744:23-24, 1762:16-19

144

# No Conspiracy: August 1-2
## The Government May Now Pivot That Mr. Amar Was On The Aug 1 Call with Ms. Javice



**From:** charlie@withfrank.org [charlie@withfrank.org]
**Sent:** 8/1/2021 3:49:49 PM
**To:** patrick@withfrank.org; olivier@withfrank.org

**Subject:** Invitation: Data Question @ Sun Aug 1, 2021 12:30pm - 1:30pm (EDT) (patrick@withfrank.org)
**Attachments:** invite.ics
**Location:** �





145

# The Truth



First Call — **August 1** — 12:30 PM Google Hangout
— Vovor viewed "visitors-geo" tab Aug 1

**August 1** — 12:53 PM viewed "visitors-geo": GXG 116, DX OA 1514

**August 1** — 12:56 PM viewed "data_request" : GXG507, GXG506

Second Call — **August 1** — 2:55 PM call
— Vovor viewed "data_request" tab Aug 1

Third Call — **August 2** — 7:34 AM call

Javice sends Vovor synthetic data article

**August 2** — 10:59 a.m. WhatsApp messages to Jen Wong: Tr. 1762:3-6

**August 2** — 11:45 a.m. Javice Data Request: Tr. 1786:19-24
— "really don't feel good since yesterday"

Fourth Call — **August 2** — 12:15 PM Google Hangout
— No one viewed "visitors-geo" on Aug 2

146

# No Conspiracy: August 1-2
# The Government's "Proof" of a Conspiracy



# No Conspiracy: August 2 Google Hangout
## Mr. Vovor Is Biased Against Mr. Amar

### CROSS EXAMINATION



**Patrick Vovor**
Director of Engineering

**FRANK.**

Q. And after the acquisition you also did not have good interactions with him, correct?

A. At times, yes.

Q. In fact, after Frank was acquired by JPMorgan, Mr. Amar became your boss, right?

A. Correct.

Q. You were not happy with that.

A. Correct.

Q. And your interactions with him continued to be what you would characterize as not great, true?

A. At times, yes.

### CROSS EXAMINATION



**Jenny Zeitler**
Marketing Automation Manager

Q. Did you have occasion, at the time you were at Frank, to observe— to interact with Mr. Vovor?

A. Yes.

Q. And with Mr. Amar and Mr. Vovor together at times?

A. Yes.

Q. The two of them, they butted heads, didn't they?

A. Yes.

March 10, 2025 Trial Tr. 1715:15-25; March 20, 2025 Trial Tr. 3107:23-3108:4

148

# No Conspiracy: August 2 Google Hangout
## Mr. Amar Was Not Involved in Synthetic Data Request



**DIRECT EXAMINATION**

**Patrick Vovor**
Director of Engineering

**FRANK.**

| PATRICK VOVOR DIRECT |
| --- |
| Q. What did Mr. Amar ask you to generate?<br><br>A. So a big list of 4 million users which would have the same FAFSA properties in terms of statistical properties as the real data set that we had in the—our FAFSA database. |
| **March 6, 2025, Trial Tr. 1530:14-17** |

| THE TRUTH |
| --- |
| Ms. Javice had three one-on-one calls with Mr. Vovor on Aug. 1-2. In connection with these calls, Ms. Javice asked Mr. Vovor to "create data", and she provided documents to Mr. Vovor that describe various data fields requested by JPMC and an article about the use of synthetic data. |
| **March 6, 2025, Trial Tr. 1528:23-25** |

# No Conspiracy: August 2 Google Hangout
## Mr. Amar Was Not Involved in Synthetic Data Request



**Patrick Vovor**
Director of Engineering

**F R A N K.**

### PATRICK VOVOR CROSS

Q.   Okay.  Now at no point on the call on August 2nd did Mr. Amar use the words "synthetic data", did he?

A.   I don't recall.

### PATRICK VOVOR DIRECT

Q.   What did you hear?

A.   He mentioned a list to get real data for PII information—Social Security number, email, phone number—and he mentioned the name of that source being A and two other letters. I know it was three letters acronym starting with A […]

**March 11, 2025, Trial Tr. 1777:6-8; March 10, 2025, Trial Tr. 1624:13-17**

150

# No Conspiracy: August 2 Google Hangout
## Mr. Vovor's Story

### DIRECT EXAMINATION



Patrick Vovor
Director of Engineering

**F R A N K .**

### PATRICK VOVOR DIRECT

COURT: What else did [Mr. Amar] say, if anything?

A. So he presented—he started the call by saying, okay, this is **my** problem, Chase is asking **me** this, FAFSA data for these 4 million users that I have on my report.

March 6, 2025, Trial Tr. 1531:10-13

### THE TRUTH

The documents and testimony from JPMC witnesses show Mr. Amar had been cut out of the JPMC due diligence process for weeks, since the collapse of the Capital One deal on July 14, 2021.

151

# No Conspiracy: August 2 Google Hangout
## Mr. Vovor's Story



**Patrick Vovor**
Director of Engineering

**F R A N K .**

### PATRICK VOVOR DIRECT

COURT: What did he say?

WITNESS: […] I asked him why it is Matt Glazer, so Frank legal and HR at the time, was not in the meeting […] And Mr. Amar responded that Matt was not – it was not his expertise so that's why he was not there.

**March 6, 2025, Trial Tr. 1564:14-21**

### PATRICK VOVOR CROSS

COURT: And what did they say?

WITNESS: […] Mr. Amar said, this is not [Mr. Glazer's] expertise, but you can talk to him.

**March 11, 2025, Trial Tr. 1789:24-1790:1**

### PATRICK VOVOR CROSS

THE COURT: At some later point did you speak with Mr. Glazer about your concerns?

THE WITNESS: No.

**March 11, 2025, Trial Tr. 1790:24-1791:1**

152

# No Conspiracy: August 2 Google Hangout
## Mr. Vovor Was Planning to Record the August 2 Call



**CROSS EXAMINATION**

**Patrick Vovor**
Director of Engineering

**F R A N K.**

### PATRICK VOVOR CROSS

Q.    Now it's true, is it not, that as a result of your conversations before the August 2nd call, you were planning to record that call?

\*          \*          \*

A.    Yes.

\*          \*          \*

Q.    You were concerned that what you were being asked to do even before the call was illegal, right?  You told me that.

\*          \*          \*

A.    Yes.

**March 11, 2025, Trial Tr. 1779:18-1780:16**

153

# No Conspiracy: August 2 Google Hangout
## Mr. Vovor's Excuse for Not Recording the Call Lacks Credibility

### CROSS EXAMINATION



**Patrick Vovor**
Director of Engineering

**F R A N K.**

---

#### PATRICK VOVOR CROSS

Q.   But you didn't record the call.

A.   Correct.

Q.   Why not?

A.   Mismatch.

           \*      \*      \*

Q.   Your phone was not with you.

A.   No.

Q.   Where was it?

A.   Somewhere in the house of my parents.

           \*      \*      \*

Q.   Did you say to the folks, Mr. Amar and Ms. Javice, can you give me two seconds, I want to take a bathroom break, I want to get a drink of water, and get your phone?

           \*      \*      \*

A.   No.

**March 11, 2025, Trial Tr. 1779:24-1781:19**

# No Conspiracy: Mr. Amar's August 1



**Data Pull**

GOVERNMENT EXHIBIT G-116
S1 23 Cr. 251 (AKH)

**9:51 AM** — Ms. Javice sends WhatsApp messages to Mr. Amar ""Need to talk about **data pull** and **strategy**...Ur gonna need to block off ur day" (GX 801-2)

**10:12 AM** — Ms. Javice and Mr. Amar Call (20 minutes)

**11:12 AM** — Mr. Amar creates visitors-geo (**GXG 116**; DX OA 1514)

**Data Strategy**

**12:47 PM** / **12:50 PM** — Mr. Amar edits **Frank_data_strategy** (**DX OA 252**; DX OA 251)

GOVERNMENT EXHIBIT 801-2
S1 23 Cr. 251 (AKH)

DEFENDANT'S EXHIBIT OA 252
S1 23 Cr. 251 (AKH)

155

# No Conspiracy: "Records Needed" Spreadsheet

# No Conspiracy: Records Needed

**GOVERNMENT'S OPENING STATEMENT**

"And you will see that Amar got straight to work, **he created a document called "records needed" that he** shared with Javice. **It listed all the data files that JPMorgan needed to confirm 4 million users** . . ."

**February 20, 2025 Trial Tr. 41:11-14**

# No Conspiracy: Records Needed
## Mr. Amar Did Not Create "Records Needed"

|  | Funnel Steps | Percent Complete Fields | Number of Fields |
|---|---|---|---|
| Personal Info - First Name, Last Name, Email, Phone | 100% | 100.00% | 4,265,085.00 |
| Degree - Major, Year in School, Degree Level | 93% | 93.00% | 3,966,529.05 |
| School List - address, birthday, college list | 97% | 90.21% | 3,847,533.18 |
| Student Education - city of high school | 92% | 82.99% | 3,539,730.52 |
| Kill List A - military status, is married, number of kids | 98% | 81.33% | 3,468,935.91 |
| *Parent Education* | *99%* | *80.52%* | 3,434,246.56 |
| Independent Financial - cash assets, adjusted gross income | 100% | 80.52% | 3,434,246.56 |
| Independent Kill List B - student completed tax returns, investments, pers | 72% | 57.97% | 2,472,657.52 |
| SSN & Gender - Is US citizen | 99% | 57.39% | 2,447,930.94 |
| | | | |
| **Complete** | | | **2,100,184** |



GOVERNMENT EXHIBIT
G-72
S1 23 Cr. 251 (AKH)

# No Conspiracy: Records Needed
## Mr. Amar Created a Spreadsheet Titled "<u>Funnel Since Aug 1, 2020</u>"



### CROSS EXAMINATION

**Cory Gaddis**
Records Custodian



Q.    On August 3 at 14:27:37 UTC, the metadata here shows . . . . <u>Olivier@withFrank.org</u> took an action to create this document; correct?

A.    Yes.

Q.    And at that time it was called Untitled_Spreadsheet; correct?

A.    Yes.

\*        \*        \*

Q.    August 3, 2021 at 14:27:37 UTC? [. . .] Same time as before?

A.    Yes.

Q.    So the GAIA ID ending in 132 took an action to rename the document Funnel Since Aug 1 2020; correct?

A.    Yes.

Q.    To be clear, the account ending in 132, that is the one associated with <u>Olivier@withFrank.org</u>; correct?

A.    Yes.

**March 3, 2025 Trial Tr. 894: 13-17; 895:12-21**

159

# No Conspiracy: Records Needed
## No Proof What "<u>Funnel Since Aug 1, 2020</u>" Looked Like When Mr. Amar Created It



### CROSS EXAMINATION



## Cory Gaddis
Records Custodian



Q.  And Mr. Gaddis, you have no way of knowing from the metadata here what Funnel Since August 1, 2020 looked like, do you?

A.  No.

Q.  So you don't know what content was in that document?

A.  No.

Q.  You don't where that content was sourced from?

A.  No.

| | Funnel Steps | Percent Complete Fields | Number of Fields |
|---|---|---|---|
| Personal Info - First Name, Last Name, Email, Phone | 100% | 100.00% | 4,265,085.00 |
| Degree - Major, Year in School, Degree Level | 93% | 93.00% | 3,966,529.05 |
| School List - address, birthday, college list | 97% | 90.21% | 3,84_,_9.18 |
| Student Education - city of high school | 92% | 82.99% | 3,9__,7__.92 |
| Kill List A - military status, is married, number of kids | 98% | 81.33% | 3,46_,_5.91 |
| *Parent Education* | *99%* | *80.52%* | *3,434,_46.55* |
| Independent Financial - cash assets, adjusted gross income | 100% | 80.52% | 3,434,246.55 |
| Independent Kill List B - student completed tax returns, investments, p | 72% | 57.97% | 2,472,657.52 |
| SSN & Gender - Is US citizen | 99% | 57.39% | 2,447,930.94 |
| | | | |
| **Complete** | | | 2,100,184 |

**GOVERNMENT EXHIBIT G-72**
S1 23 Cr. 251 (AKH)

**GOVERNMENT EXHIBIT G-73**
S1 23 Cr. 251 (AKH)



**March 3, 2025 Trial Tr. 896:2-9**

160

# No Conspiracy: Records Needed
## Ms. Javice Renamed "Funnel Since Aug 1, 2020" to "Records Needed"



CROSS EXAMINATION

Cory Gaddis
Records Custodian

Google

Q.    And if the earlier rename we looked at was 14:27 UTC, is this around 30 minutes later?

A.    Yes.

*        *        *

Q.    And there's a Gaia ID. Looking at the chart, […] what's the email address for that Gaia ID?

A.    Charlie@withfrank.org.

Q.    All right. And underneath Actions, what does it say under Actions?

A.    It says Edit and Rename Previous Title.

Q.    And what's the previous title?

A.    Funnel Since August 1, 2020.

*        *        *

Q.    Mr. Gaddis, what's the new title?

A.    Records Needed.

**March 3, 2025 Trial Tr. 865:19-866:11**

# No Conspiracy: Records Needed
## Mr. Amar Never Edited or Viewed "Records Needed"



### CROSS EXAMINATION

**Cory Gaddis**
Records Custodian

Google

THE COURT:     Is there another change in this document that Mr. Amar is responsible for after the name:  Funnel?

THE WITNESS:  Not that I could see on there, your honor.

**March 3, 2025 Trial Tr. 901:12-15**

162

# No Conspiracy: January 14 Recording

# No Conspiracy: January 14 Recording
## Ms. Javice (Again) Directs Both Mr. Vovor and Mr. Amar

**Mr. Amar to Ms. Javice:**

"When did you. I didn't see an email for a team request"

\*          \*          \*

"I don't remember this email"

\*          \*          \*

"Do me a favor – do an email for the S3 for exactly what you want with the breakdown of the years to Patrick and myself and we'll get it out."





GX 300: 0:11-0:14; 0:37-0:39; 2:38-2:48



164

# No Conspiracy: January 14 Recording
## The Recording Proves Mr. Amar Was in the Dark

AMAR: Ok: Ça c'est 1. Il y aura – elle vaut dans le S3 bucket, tu te rappelles, la liste qu'elle a été augmentée? Augmenter [laughs], qu'elle a enrichi. On va l'appeler. Elle va l'envoyer un chiffre, il faut extracter le nombre de personnes qu'elle a demandé là-bas, that's it. [00:04:05] Ok mais quand on va l'extracter, fais-moi une faveur. Si je me rappelle bien, les utilisateurs là-bas dans cette liste, ils restent avait une monde de bot actice en quelque chose qu'ils nous ont donné avec la liste. Y'avait like gradua. [like]. [00:04:30] Je veux partir avec les utilisateurs qui sont le plus fresh. Il y a un paramètre là-bas, qui définit les utilisateurs, ils étaient de quand. Il faut...Ça va être environ 5 heures cette water... On les regarde par date, and we cut it au chiffre que quelqu'un a demandé, quoi ceux-ci, whatever. Ok, tu comprends ce que je veux dire.

AMAR: Ok, that's number 1. There will be – she went in the S3 bucket, you remember that she had that augmented? *Augmented, [laughs], that she enriched* tar. We'll call her. She is going to

[…]

VOVOR: Uh ok, la liste enrichie, je l'ai pas, je ne l'ai jamais eu. Donc je suis ce qu'elle est.

*VOVOR: Uh ok, the enriched list, I don't have it, I have never had it. So I it is.*

[00:07:00]

AMAR: Elle est dans le S3 bucket, c'est toi qui l'a mis là-bas c'est pas toi?

*AMAR: It is in the S3 bucket, you're the one who put it there,*

**GX300-T**
**Transcript by TransPerfect**

VOVOR: Non, non, non, moi j'ai jamais rien enrichi. Non, moi j'ai donné nos utilisateurs, ensuite Charlie elle l'a pris, et elle a fait ce qu'elle voulait av

*VOVOR: No, no, no, I have never enriched anything. No, I gave our users, then Charlie, she took it, and she did what she wanted with it, with the data scie*

AMAR: Ok so the FAFSA list.

VOVOR: Ok.

[00:07:30]

> **AMAR: Augmented, [laughs], that she enriched[.]**

> **VOVOR: Uh ok, the enriched list, I don't have it, I have never had it. So I it is.**

> **AMAR: It is in the S3 bucket, you're the one who put it there, aren't you?**

[Minute 7:00]

> **VOVOR: No, no, no, I have never enriched anything. No, I gave our users, then Charlie, she took it, and she did what she wanted with it, with the data scientist**

GX 300T at 1-4: GX 300 3:30-7:30

**GOVERNMENT EXHIBIT 300-T**
S1 23 Cr. 251 (AKH)

165

# No Conspiracy: January 14 Recording
# The Recording Proves Mr. Amar Was in the Dark



Olivier Amar, Jan. 14 2022 3:15 PM UTC (10:15 AM ET)



Patrick says he never touched the ASL list

Charlie Javice, Jan. 14 2022 3:15 PM UTC (10:15 AM ET)



i know\

Olivier Amar, Jan. 14 2022 3:15 PM UTC (10:15 AM ET)



Adam will have to do the ASL list

GOVERNMENT
EXHIBIT
801-46
S1 23 Cr, 251 (AKH)

# No Conspiracy: January 14 Recording
## "Marketable Users" Are Just Website Visitors with Cookies



### DIRECT EXAMINATION

Jenny Zeitler
Marketing Automation Manager

**F R A N K.**

---

### JENNY ZEITLER CROSS

Q. Someone who is able to be tracked across websites, in the context of retargeting, would be a **marketable user**; is that right?

A. Yes.

**March 20, 2025 Trial Tr. 3111:8-11**

167

# No Conspiracy: January 14 Recording
## Only Ms. Javice Edits and Sends User Breakdown Sheet



**DIRECT EXAMINATION**

Peter Manning

NAXO



Q. Did the GAIA associated with Olivier@withfrank.org ever edit this document?

A. No.

| | |
|---|---|
| **From:** | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| **Sent:** | 1/18/2022 7:14:16 PM |
| **To:** | Divilek, Sonali [sonali.divilek@chase.com]; Seideman, Neil [neil.seideman@chase.com]; Macdonald, Ryan S [ryan.s.macdonald@jpmorgan.com]; Amar, Olivier [olivier.amar@chase.com] |
| **Subject:** | User Breakdown |
| **Attachments:** | User_Breakdown_2021_Update (1).xlsx |

Sharing the spreadsheet with user counts with the feedback from Neil and Sonali that is incorporated from earlier today. Feel free to share the breakdown with your team. Olivier has already shared the net number last week with Kelly and Mark.

From the spreadsheet attached, you can see the following:

**5.6MM users** – our total churned users (graduated students) **3.88MM** – Partner Co-Brand sites **0.73MM = 0.99** net marketable users

Our team has now cleaned the customer files and just merging them so that it's easy and ready for direct mail and email campaigns you want to test. Thanks for your patience.

Charlie

--
**Charlie Javice**
Frank l Founder & CEO
withfrank.org l 914.575.9314
Student COVID-19 resource



GOVERNMENT EXHIBIT 1693
S1 23-Cr. 251 (AKH)

**March 24, 2025 Trial Tr. 3295:23-25**

168

# No Conspiracy: February Data Transfer

# No Conspiracy: Data Transfer
## No Evidence Mr. Amar Reviewed or Uploaded the February Transfer Files

**CROSS EXAMINATION**



## Manole Pelarinos
Managing Director, Head of Digital Channels



Q. Did you check the access logs with respect to Amazon Web Services to see who had access to it in 2022?

A. I did not.

**Q. So you have no basis to know whether Mr. Amar had access to Amazon Web Services in 2022?**

**\* \* \***

**A. Correct.**

# No Conspiracy: Data Transfer
## No Indication of What Any of the Files Contained



# Conscious Avoidance

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## The Government's Story on June 23



**DIRECT EXAMINATION**

**Mason Young**
Senior Vice President

Capital One

Q.   Mr. Young, who from Frank do you recall attending this June 23 meeting?

A.   Ms. Javice, Mr. Glazer, and Mr. Amar.

\*          \*          \*

Q.   Mr. Young, do you see there is a question there: How do you define user?

A.   Yes.

\*          \*          \*

Q.   Did anyone answer this question during the June 23 meeting?

A.   They did.

Q.   Who do you recall answering that question?

A.   Ms. Javice.

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## Matt Glazer Also Missed Ms. Javice's Alleged Misrepresentations



174

# Mr. Amar Did Not Consciously Avoid Misrepresentations: The Truth

## CROSS EXAMINATION





**Mason Young**
Senior Vice President



Q.      Now, am I right that the definition of a user was provided as well on the **June 23 meeting** that we are talking about now?

A.      Yes.

\*        \*        \*

COURT:      Do you remember, in this particular instance when you recall that Ms. Javice gave you a definition of user, that she turned to Mr. Amar for any kind of information?

WITNESS:      I don't recall that.

COURT:      Do you recall seeing Mr. Amar on the screen at the time you heard this definition of user?

WITNESS:      We are talking about three and a half years ago.  I'm --

COURT:      I'm not criticizing, sir.  I am just asking for your recollection.

WITNESS:      **I don't recall seeing Mr. Amar's face at the time that Ms. Javice or Capital One was asking about the definition of a user**.

**March 13, 2025 Trial Tr. 2264: 12-14; 2267:2-17**

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## The Government's Story on July 8



### DIRECT EXAMINATION



## Mason Young
Senior Vice President



Q.   Mr. Young, do you recall a meeting that occurred around July 8 of 2021?

A.   I do.

March 12, 2025 Trial Tr. 2145:19-21

Q.   Who, from Frank, do you recall participating in this meeting?

A.   Ms. Javice and Mr. Amar.

Q.   How did this meeting take place?

A.   Over Zoom.

Q.   Who do you recall spoke at the meeting?

A.   Primarily Ms. Javice, with Mr. Amar answering any questions that Ms. Javice deferred to him.

March 12, 2025 Trial Tr. 2146:4-11

176

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## The Government's Story on July 8



**DIRECT EXAMINATION**

**Mason Young**
Senior Vice President

CapitalOne

Q.   Mr. Young, was the information on this slide [8] discussed during the July 8 meeting?

A.   Yes.

Q.   Who do you recall, best that you can remember, discussing the information on this slide?

A.   Combination of Ms. Javice and Mr. Amar.

Q.   Do you see at the top where it says: Breakdown of first six months of non-paid users?

A.   Yes.

**March 12, 2025 Trial Tr. 2146:23-2147:6**

177

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## The Government's Story on July 8





GOVERNMENT
EXHIBIT
3040

S1 23 Cr. 251

178

# Mr. Amar Did Not Consciously Avoid Misrepresentations: The Truth

### CROSS EXAMINATION



## Mason Young
Senior Vice President

Capital**One**

Q. Sir, isn't it a fact that you joined in the middle of the meeting, 21 minutes into it before you got on?

A. Sounds like you know more than I do.

Q. Well, forget what I know?

\*　　\*　　\*

Q. Okay.  Do you recall that you were only on that call for a sum total of 12 minutes on that day?

A. I don't recall.

Q. Do you recall that you dropped off eight minutes before the call ended?

A. I don't recall.

\*　　\*　　\*

**Q. So as you sit here today, you don't even know if Mr. Amar attended that meeting, you just know he was invited to it, right?**

A. Correct.

March 13, 2025 Trial Tr. 2241:4-2242:9

179

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## The Government's Story on July 12

Case 1:23-cr-00251-AKH   Document 383-7   Filed 04/29/25   Page 52 of 61

**REDIRECT EXAMINATION**



## Sindhu Subramaniam
Vice President, Corporate Development and M&A



Q.   And when did Mr. Amar speak relative to the discussion about users [on July 12]?

A.   Just before.

**March 13, 2025 Trial Tr. 2342:22-24**

180

# Mr. Amar Did Not Consciously Avoid Misrepresentations: The Truth



**CROSS EXAMINATION**

**Sindhu Subramaniam**

Vice President, Corporate Development and M&A

Q. Fair to say you don't remember anyone's camera being on at any point during the session?

A. I do not know.

Q. So, other than when Mr. Amar was actually talking about growth and partnerships and how they would grow the business, fair to say you don't know what he was actually doing?

A. I wouldn't know.

Q. You don't know if he was even in front of his computer screen listening to the discussion other than when what he was actually speaking during the meeting; true?

A. I don't know.

**March 13, 2025 Trial Tr. 2336:9-19**

# Mr. Amar Did Not Consciously Avoid Misrepresentations:
## Even When Pushed, Witnesses Couldn't Remember

REDIRECT
EXAMINATION



Ryan
MacDonald

Head of Growth for
Financial Products

**JPMorganChase**

Q. Well does that refresh your recollection about what Mr. Amar said during the July 12, 2021 meeting?

[ . . .]

A. Again, my recollection is that he was specifically discussing **elements of their marketing strategy**, yeah.

Q. Did [Mr. Amar] say anything about quantities?

A. I don't – **I still don't recall** Mr. Amar saying anything specific about quantities or users.

\*　　\*　　\*

Q. You can't say who was in this – in the room?

A. **I know that Ms. Javice was there. I don't recall if Mr. Amar spoke to this section or not.**

March 17, 2025 Trial Tr. 2560:18-25; 2561:15-17; 2562:15-2563:14

182

# Beware of the Rebuttal

# Beware of the Rebuttal



## REDIRECT EXAMINATION



**Steve Stolls**
Executive Vice President of Sales and Marketing


ASL Marketing



Q.    If we can zoom in on Mr. Amar's e-mail on the top?  Do you see where he says: I'd like the tots to be 4.5 million, so yes, please?

A.    Yes.

Q.    Other than 4.5 million, do you recall Mr. Amar requesting any other volume of student data?

A.    I don't.  I don't recall.

From: Denise Lyn[IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-DLYN@namprd15.prod.outlook.com]
Sent: Mon 8/2/2021 3:31:28 PM Coordinated Universal Time
To: Steve Stolls[sstolls@aslmarketing.com]
Sent on behalf of: Denise Lyn <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-DLYN@namprd15.prod.outlook.com>
Subject: Withfrank.org- College Market

I just got off the phone with the prospect; he is in the college market.

https://withfrank.org/

He has a house file that he wants to append (augment data file). The second part is postal mailing.

He is looking for 10MM records and would like a call.

He is looking to move very "quickly" on this and would like a call today.

Are you available today for a call?

He is looking for **10MM records** and would like a call.

**GOVERNMENT EXHIBIT 2302**
S1 23 Cr. 251 (AKH)

184

# Beware of the Rebuttal

CROSS EXAMINATION



Patrick Vovor
Director of Engineering

**FRANK.**

COURT:      Did they mention . . . that you could speak with [Mr. Glazer]?

WITNESS:    I believe so.

COURT:      [And] what did they say?

WITNESS:    [. . .] **Mr. Amar said, this is not his expertise, but you can talk to him**.

**March 11, 2025 Trial Tr. 1789:17-1790:1**

185

# Beware of the Rebuttal

**REDIRECT EXAMINATION**



**Patrick Vovor**
Director of Engineering

**FRANK.**

Q.   What happened to Mr. Glazer in August of 2021, with respect to his role at Frank?

A.   He left Frank.

# Beware of the Rebuttal



**REDIRECT EXAMINATION**

**Mason Young**
Senior Vice President

Q.    Mr. Young, do you see where it says: Project Frontier Discussion with Capital One?

A.    Yes.

Q.    And then it says July 8, 12:30 to 1:00 p.m.?

A.    Yes.

*        *        *

Q.    What does it say above Project Frontier discussion with Capital One?

A.    Olivier@withFrank.org has accepted this invitation.

**March 13, 2025 Trial Tr. 2286:10-20**

187

# Beware of the Rebuttal

### REDIRECT EXAMINATION



## Mason Young
Senior Vice President



Q.     I want to direct your attention to this e-mail: . . . We have some follow-up questions and thought it would be best to address them directly with Olivier on a 30-minute call.  Do you see that?

A.     I do.

Q.     And you see that there are certain topics listed there?

A.     Yes

Q.     So student age, FAFSA starts and completes . . . .

A.     . . . . Because in his role as head of growth at Frank, he was responsible for customer acquisition . . .

**From:** RAHUL JINDAL <rahul.jindal@capitalone.com>
**Sent:** Wednesday, July 7, 2021 2:29 PM
**To:** Cowan, Houston <HCowan@liontree.com>
**Cc:** Amanda Christianson <amanda.christianson@capitalone.com>; Agarwal, Nikhil <nagarwal@liontree.com>; Mason Young <mason.young@capitalone.com>; Koskovolis, Luka <LKoskovolis@liontree.com>; Florian Cotera <florian.coteraberndt@capitalone.com>; Michael, Alex <AMichael@liontree.com>
**Subject:** Re: [External Sender] RE: Call w/ Charlie & mgt. meetings

Hi Houston,

I hope that this email finds you well. Appreciate you organizing time with the team yesterday, following on from that meeting we had some follow on questions and thought it would be best to address them directly with Olivier on a 30-mins call today, if possible. Would you mind asking if he can connect with us at 5:30pm today?

Topics we would like to discuss:
- Student age / demographic split
- FAFSA starts and completion
- Retention / cross-sale by product

GOVERNMENT EXHIBIT
1691
S1 23 Cr. 251 (AKH)

# Conclusion