**quinn emanuel** trial lawyers | houston

700 Louisiana Street, Suite 3900, Houston, Texas 77002-2841 | TEL (713) 221-7000 FAX (713) 221-7100

April 28, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Ms. Javice attaches hereto as exhibits A through O the documents listed below and discussed in her forthcoming motion for judgment of acquittal and a new trial. The Court precluded Ms. Javice from entering these exhibits at trial.

- Exhibit A:   CJ-0239 (Trial Tr. 2501:12–2507:4)
- Exhibit B:   CJ-0380 (Trial Tr. 1183:24–1187:2)
- Exhibit C:   CJ-0507 (Trial Tr. 1201:12–1205:1)
- Exhibit D:   CJ-2168 (Trial Tr. 2351:23–2356:2; 3151:5 – 3153:4)
- Exhibit E:   CJ-1704 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit F:   CJ-1705 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit G:   CJ-1706 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit H:   CJ-1707 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit I:   CJ-1708 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit J:   CJ-1709 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit K:   CJ-1712 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit L:   CJ-1713 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit M:   CJ-1716 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit N:   CJ-1751 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)
- Exhibit O:   CJ-1720 (Trial Tr. 3144:8–3151:4; 3183:5–3185:3; ECF No. 351)

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully submitted,

/s/ *Sara C. Clark*
Sara C. Clark
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7010
saraclark@quinnemanuel.com

cc:     All Counsel of Record