# EXHIBIT A – CJ-0239

**DEFENDANT'S EXHIBIT CJ 239**
S1 23 Cr. 251 (AKH)

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-0239.0001
JPMC_00778517
USAO_Rel_001973556

CJ-0239.0002

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
JPMC_00778518
USAO_Rel_001973557



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-0239.0003
JPMC_00778519
USAO_Rel_001973558

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

CJ-0239.0004

JPMC_00778520
USAO_Rel_001973559