# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

April 28, 2025

*So ordered*
*4-28-25*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *United States v. Charlie Javice and Olivier Amar,*
> **23 Cr. 251 (AKH)**

Dear Judge Hellerstein:

Defendant Olivier Amar respectfully submits this letter to request a 3-day adjournment of the deadlines pertaining to Defendants' Rule 29 and Rule 33 motions. The modified deadlines would be as follows:

- Defendants' opening briefs due **May 1, 2025**;
- Government's opposition briefs due **May 16, 2025**;
- Defendants' reply briefs due **May 23, 2025**;

Counsel for Mr. Amar has spoken with the Government and counsel for Ms. Javice, who do not oppose.

Respectfully yours,

*/s/ Sean S. Buckley*
Sean S. Buckley
Jonathan D. Cogan
Alexandria E. Swette
KOBRE & KIM LLP

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com
Jonathan.Cogan@kobrekim.com
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*