**quinn emanuel** trial lawyers | houston

700 Louisiana Street, Suite 3900, Houston, Texas 77002-2841 | TEL (713) 221-7000 FAX (713) 221-7100



April 28, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Ms. Javice moves to strike her April 25, 2025 notice of filing the parties' closing demonstratives, ECF No. 381, to replace an inadvertently filed draft slide deck with the final slide deck that was used as a demonstrative aid at trial. Ms. Javice attaches here as exhibits A, B, and C the demonstratives shown in closing by each the government, Ms. Javice, and Mr. Amar, respectively.[1]

Respectfully submitted,

/s/ *Sara C. Clark*
Sara C. Clark
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7010
saraclark@quinnemanuel.com

cc:   All Counsel of Record

---

[1] Ms. Javice understands Ex. C to be counsel's best recollection as to what was shown during Mr. Amar's closing argument.