# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHARLIE JAVICE and OLIVIER AMAR, <br><br> Defendants. | 23 Cr. 251 (AKH) |

## MOTION TO WITHDRAW SEAN S. BUCKLEY
## OF KOBRE & KIM LLP AS COUNSEL OF RECORD

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, counsel for Defendant Olivier Amar hereby move the Court for an order granting Sean S. Buckley leave to withdraw as Mr. Amar's counsel in the above-captioned matter. Mr. Buckley has left the law firm Kobre & Kim LLP. Mr. Amar will continue to be represented by Jonathan D. Cogan, Matthew I. Menchel, and Alexandria E. Swette. Mr. Buckley is not asserting a retaining or charging lien.

Dated:  June 4, 2025

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Alexandria E. Swette*
Alexandria E. Swette
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Alexandria.Swette@kobrekim.com