UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                :

UNITED STATES OF AMERICA,          :

                                                :      **SCHEDULING ORDER**

      -against-                          :

                                                :      23 Cr. 251 (AKH)

CHARLIE JAVICE and OLIVIER AMAR,  :

                                                :

                      Defendants.    :

                                                :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing of Olivier Amar is adjourned to October 20, 2025 at 10:30 a.m.

Time for the defense to file its sentencing submissions is extended to September 29, 2025. Time for the Government to file its sentencing submissions is extended to October 6, 2025.

        SO ORDERED.

Dated:    August 4, 2025
              New York, New York

                                                      /s/ Alvin K. Hellerstein
                                                      _____
                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge