# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

October 2, 2025

So Ordered
10-3-25
/s/ AK Hellerstein

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Olivier Amar,*
    **S1 23 Cr. 251 (AKH)**

Dear Judge Hellerstein:

  We respectfully write on behalf of our client, Olivier Amar, to request a temporary modification to Mr. Amar's bail conditions to allow him to attend a sporting event in New Jersey on October 9, 2025. Pretrial Services and the Government have no objection to this request.

  If the Court grants Mr. Amar's request, he will travel to MetLife Stadium in East Rutherford, New Jersey on Thursday, October 9 to attend an NFL football game. Mr. Amar plans to attend the event from approximately 8:00 p.m. to 11:30 p.m., not including travel to and from the event. Mr. Amar has provided Pretrial Services with the location of the event, and will further provide his expected arrival and departure times. Mr. Amar will continue to be subject to location monitoring at all times during the event.

  We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Alexandria E. Swette
Alexandria E. Swette
KOBRE & KIM LLP

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Case 1:23-cr-00251-AKH    Document 437    Filed 10/03/25    Page 2 of 2

Hon. Alvin K. Hellerstein, U.S.D.J.
October 2, 2025
Page 2

> 800 Third Avenue
> New York, NY 10022
> Tel.: (212) 380-1253
> Fax: (212) 488-1220
> Alexandria.Swette@kobrekim.com
>
> *Counsel for Defendant Olivier Amar*

cc:   AUSAs Nicholas Chiuchiolo and Micah Fergenson
      *Attorneys for the Government*

      Officers Francesca Piperato and Mallori Brady
      *Pretrial Services*