UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,            :
: **ORDER REGULATING**
-against-                            : **PROCEEDINGS**
:
CHARLIE JAVICE and OLIVIER AMAR,     : 23 Cr. 251 (AKH)
:
Defendants.          :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 6, 2025, Defendant Javice filed a motion for reconsideration of my October 3, 2025, restitution order. The government shall respond by October 20, 2025.

SO ORDERED.

Dated: October 10, 2025                    /S/ Alvin K. Hellerstein
       New York, New York                  ALVIN K. HELLERSTEIN
                                           United States District Judge

1