UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                           :

UNITED STATES OF AMERICA,        :

                                                           :    **SCHEDULING ORDER**

     -against-                                   :

                                                           :    23 Cr. 251 (AKH)

OLIVIER AMAR,                                :

                                                           :

                            Defendant.    :

                                                            :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Olivier Amar's sentencing, previously scheduled for October 20, 2025, is adjourned to November 5, 2025 at 11:00 a.m.

       SO ORDERED.

Dated:    October 17, 2025                                 /s/ Alvin K. Hellerstein
            New York, New York                       ALVIN K. HELLERSTEIN
                                                                United States District Judge