# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

October 23, 2025

**BY ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

The undersigned write on behalf of the parties to respectfully request this Court's endorsement of the attached Consent Order of Interlocutory Sale (the "Consent Order"). Briefly, as set forth in the Consent Order, the parties agree that Defendant Olivier Amar should be permitted to sell his residence (the "Subject Property") as soon as possible via an interlocutory sale. The Government, Defendant, and third parties with valid claims to the Subject Property have now entered into the Consent Order. The Consent Order contemplates that upon the sale of the Subject Property, the net proceeds (as defined in the Consent Order) will be deposited in a Seized Asset Deposit Fund pending resolution of this matter.

Respectfully submitted,

*/s/* Evelyn Baltodano Sheehan
Evelyn Baltodano Sheehan
Jessica K. Fender

*Counsel for Defendant Olivier Amar*

Americas (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.