UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,  :
: **SCHEDULING ORDER**
:
-against- : 23 Cr. 251 (AKH)
:
:
OLIVIER AMAR, :
:
Defendant. :
:
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing scheduled in this matter for Wednesday November 5, 2025 at 11:00 a.m. will be held in Courtroom 26B of the Daniel Patrick Moynihan U.S. Courthouse.

       SO ORDERED.

Dated:    November 3, 2025                    /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                                         United States District Judge