# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

November 19, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Charlie Javice et al.*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Olivier Amar, to request a temporary modification to Mr. Amar's bail conditions to permit holiday travel. Pretrial Services and the Government have no objection to this request so long as Mr. Amar provides all of his travel itinerary in advance.

    If the Court grants Mr. Amar's request, he will travel to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Mr. Amar plans to stay with his wife, Noa Scala, and his friends, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* ECF No. 32. Pretrial Services is aware of the specific location of Mr. Amar's accommodations and will receive all of his travel itinerary in advance, and Mr. Amar will continue to be subject to location monitoring.

    Mr. Amar has otherwise been compliant with his bail conditions, and his surrender date is May 5, 2026.

    We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

    Respectfully submitted,

    /s/ *Alexandria E. Swette*
    Alexandria E. Swette
    KOBRE & KIM LLP

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Alvin K. Hellerstein, U.S.D.J.
November 19, 2025
Page 2

800 Third Avenue
New York, NY 10022
Tel: (212) 380-1253
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc: AUSAs Nicholas Chiuchiolo and Micah Fergenson
*Attorneys for the Government*

Officers Francesa Piperato and Mallori Brady
*Pretrial Services*