UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | 23 Cr. 251 (AKH) |

### DEFENDANT OLIVIER AMAR'S MOTION FOR A NEW TRIAL

On November 19, 2025, Charlie Javice moved, pursuant to Federal Rule of Criminal Procedure 33, for a new trial on the basis of newly discovered evidence establishing that both of the Court's law clerks, who assisted with much of the pre-trial proceedings and the entirety of Mr. Amar's trial, had *accepted* employment offers with the law firm that represents J.P. Morgan Chase in this case—the alleged victim who played a significant role in the instant proceedings and who has an outsized reputational and financial stake in the outcome of this case. *See* ECF No. 463. Mr. Amar hereby moves, pursuant to Rule 33, for a new trial on the same basis set forth in Ms. Javice's Rule 33 motion[1] and incorporates by reference the arguments and authorities therein. For the reasons in Ms. Javice's Rule 33 motion, Mr. Amar is entitled to a new trial in the interest of justice.[2]

Dated: November 21, 2025                    Respectfully submitted,

*/s/ Alexandria E. Swette*
Alexandria E. Swette

---

[1] Mr. Amar submits that the Court can grant this motion on the present record. If, however, the Court concludes that Defendants' showing is insufficient, he requests an opportunity to take discovery to further develop the record. *See* ECF No. 463 at 17 n.4.

[2] This Court has not yet entered judgment in Mr. Amar's case, and Mr. Amar has not yet filed a notice of appeal. Pursuant to Federal Rule of Appellate Procedure 4(b)(3)(A)(ii), this motion stays Mr. Amar's deadline to file his notice of appeal until after the Court enters an order resolving it.

1

2

        Jonathan D. Cogan
        KOBRE & KIM LLP
        800 Third Avenue
        New York, NY 10022
        Tel: (212) 488-1200
        Alexandria.Swette@kobrekim.com
        Jonathan.Cogan@kobrekim.com

*Counsel for Defendant Olivier Amar*