# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

December 9, 2025

*So ordered
12.10.25*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Olivier Amar, to request a temporary modification to his bail conditions for a medical appointment. Pretrial Services and the Government have no objection.

If the Court grants Mr. Amar's request, he will travel to ▮▮▮▮▮▮▮ on December 12, 2025, at 9:00 a.m. for testing to become a living kidney donor. As Pretrial Services recommended, at the medical facility, Mr. Amar will remove his location monitoring device to facilitate testing, including a CT scan. After his testing ends at approximately 3:00 p.m., Mr. Amar will report to Pretrial Services at the White Plains courthouse (which is the closest to the medical facility) for his locating monitoring device to be reaffixed.

Mr. Amar has otherwise been compliant with his bail conditions.

We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

Respectfully submitted,

*/s/ Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
December 9, 2025
Page 2


cc:    AUSAs Nicholas Chiuchiolo and Micah Fergenson
       *Attorneys for the Government*

       Officers Francesa Piperato and Mallori Brady
       *Pretrial Services*