# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

December 16, 2025

**BY ECF**

**SO ORDERED.**

*[signature]* , U.S.D.J

12/17/2025

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Olivier Amar, with updates to the temporary bail modification that the Court approved on November 19, 2025. *See* ECF No. 464. Pretrial Services and the Government do not object to Mr. Amar's updated request.

    As the Court knows, Mr. Amar plans to travel with family and friends to ▮▮▮▮ ▮▮▮▮▮▮▮, for the holidays. This Court has already approved Mr. Amar's request for a temporary bail modification to accommodate that trip. *See* ECF No. 464. We write to respectfully request that the Court approve our updated request and to provide the Court with the following additional details:

- Mr. Amar will travel from December 20, 2025, to January 4, 2026.

- Mr. Amar and his wife will be driving to and from ▮▮▮, with overnight stops along the way. Specifically, Mr. Amar and his wife will make overnight stops in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

    Mr. Amar has provided Pretrial Services with a detailed itinerary, including specific dates and accommodations. Pretrial Services has no objection to Mr. Amar's itinerary, but asked that we update our request to the Court, given that Mr. Amar will be making multiple stops with overnight stays, and because one stay will be more than 24 hours. The Government also has no objection.

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
December 16, 2025
Page 2

During this trip, Mr. Amar will continue to be subject to location monitoring.

We appreciate the Court's consideration of this updated request.

Respectfully submitted,

*/s/ Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

cc:    AUSAs Nicholas Chiuchiolo and Micah Fergenson
       *Attorneys for the Government*

       Officers Francesca Piperato and Mallori Brady
       *Pretrial Services*