# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

February 10, 2026

*So ordered*
*2/11/26*
*A.K. Hellerstein*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Olivier Amar, to request a temporary modification to the conditions of Mr. Amar's release.

    Mr. Amar needs to contact JPMorgan Chase's home lending department to discuss discrete questions pertaining to the mortgage on his family home. JPMorgan Chase services Mr. Amar's mortgage. The conditions of Mr. Amar's release appear to prohibit him from contact with "current employees of JP Morgan Chase except in the presence of counsel." *See* ECF No. 32 at 5. We request a temporary modification of this condition to permit Mr. Amar to communicate with current employees of JPMorgan Chase's home lending department regarding his mortgage, without the presence of counsel. We request this temporary modification from now through the sale of Mr. Amar's family home.

    Pretrial Services and the Government have no objection. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
February 10, 2026
Page 2

cc: AUSAs Nicholas Chiuchiolo, Micah Fergenson, and Georgia Kostopoulos
*Attorneys for the Government*

    Officers Francesca Piperato and Mallori Brady
    *Pretrial Services*