# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

23-cr-00251-AKH

## MOTION TO WITHDRAW DAVID CHRISTIAN HINES AS COUNSEL

David Christian Hines, Esq., having appeared as counsel on behalf of nonparty JPMorgan Chase Bank, N.A. ("JPMorgan") in the above-captioned case, as of March 6, 2026, will no longer be affiliated with the law firm Davis Polk & Wardwell LLP.  JPMorgan hereby moves to withdraw Mr. Hines' appearance as counsel in the above-captioned case and requests that Mr. Hines be removed from all service lists, including all electronic service lists and ECF service lists.  The undersigned counsel will continue to serve as counsel for JPMorgan.  Accordingly, the granting of this motion will not delay or otherwise materially affect the litigation.

Dated: March 6, 2026

/s/ Greg D. Andres

Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Nonparty JPMorgan Chase Bank, N.A.*