# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

*without objection*
*So Ordered*
*3-11-26*

March 6, 2026

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Olivier Amar, to request a temporary modification to the conditions of Mr. Amar's release.

As Mr. Amar and his family prepare for his surrender date on May 5, 2026, Mr. Amar hopes to minimize any potential bureaucratic hardships his family will face while he is incarcerated. To that end, he intends to designate his wife, Noa Scala, as his power of attorney. Following Mr. Amar's surrender, Ms. Scala intends to return to Israel to reunite with their children. Mr. Amar has had an Israeli power of attorney document drafted, and he needs to notarize these papers so Ms. Scala can use them in Israel during his detention. Among other things, this will allow Ms. Scala to access Mr. Amar's medical records, should they be needed, and represent his interests as to other personal affairs and benefits.

To notarize the power of attorney document for use in Israel, Mr. Amar needs: 1) a valid form of Israeli government-issued ID; and 2) a Hebrew-speaking, Israeli-certified notary or apostille. As to the first, Mr. Amar's Israeli ID card is expired and will not work. Mr. Amar's Israeli passport is his only form of valid government-issued ID. This passport is currently in Government custody.

As to the second, we have identified the Israeli Consulate in New York City, who is able to accommodate Mr. Amar's request. We have explored various alternative options, such as mobile notary and apostille services, but they are prohibitively expensive for Mr. Amar and Ms. Scala.

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
March 6, 2026
Page 2

Thus, we request that the Court grant a one-time pass to obtain Mr. Amar's passport to attend his appointment at the Israeli consulate, tentatively set for March 23, 2026, so he can have his power of attorney documents properly witnessed and notarized. If granted, we would accompany Mr. Amar to ensure the passport is used for its intended purpose and returned to the Government's custody that same day.

Pretrial Services and the Government have no objection, so long as the passport remains in counsel's custody and control from pick-up to return on the day of Mr. Amar's appointment. We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

cc:    AUSAs Nicholas Chiuchiolo, Micah Fergenson, and Georgia Kostopoulos
*Attorneys for the Government*

Officers Francesca Piperato and Mallori Brady
*Pretrial Services*