# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

April 23, 2026

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request is granted, provided Defendant can make appropriate arrangements with Pretrial Services to allow for facile communication. The Clerk shall terminate ECF Nos. 497 and 498.

SO ORDERED.

X _____
U.S.D.J.                    4/27/2026

Re:    *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Olivier Amar, to request a temporary bail modification to permit Mr. Amar to travel on a short trip with his wife and close friends prior to his surrender.

As the Court knows, Mr. Amar's surrender date is May 5, 2026. He has been designated to FCI Fort Dix. Mr. Amar would like to request a temporary modification to the conditions of his release to travel to Mill Run, Pennsylvania, for two evenings with his wife Noa and friends Lori and Mark Spier, who co-signed his $1 million bond. *See* ECF No. 32. Mr. Amar will provide a complete itinerary to Pretrial Services, including overnight accommodations, prior to traveling. Mr. Amar has complied with all bail conditions, and he is actively preparing for his upcoming surrender. He will remain subject to GPS monitoring during his travel.

Pretrial Services does not object to our request. Pretrial Services asked that we note in our request that they do not see the need for him to travel outside of the district so close to surrendering, but they do not object. The Government takes no position as to our request.

We appreciate the Court's consideration, and we are available to discuss any questions, should the Court have any.

Respectfully submitted,

*/s/ Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
April 23, 2026
Page 2


cc:     AUSAs Nicholas Chiuchiolo, Micah Fergenson, and Georgia Kostopoulos
        *Attorneys for the Government*

        Officers Francesca Piperato and Mallori Brady
        *Pretrial Services*