# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

May 7, 2026

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *United States v. Charlie Javice*, **23 Cr. 251 (AKH)**

Dear Judge Hellerstein:

On behalf of Olivier Amar, and in connection with his appeal, we write to respectfully request that the Clerk of Court correct the case caption by removing "also known as Charlie Amar" from Mr. Amar's name on the docket.

Respectfully submitted,

/s/ *Alexandria E. Swette*
Alexandria E. Swette

*Counsel for Defendant Olivier Amar*

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.